1    Bryan Quesenberry
     197 East 100 North, Suite A          Fee Paid
2    Payson, UT 84651
     801-473-9951
3    jbq.esq@gmail.com
     *Plaintiff/Relator*

4



5              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA, <u>ex</u>         Case No.
     <u>rel</u>. BRYAN QUESENBERRY,              2:20cv08497-MWF-ASx
8                                          **COMPLAINT FOR VIOLATION
                 Plaintiff,                 OF FEDERAL FALSE CLAIMS
9    vs.                                            ACT**

10   2 EVIL GENIUSES; A-1 GLASS,           **(Filed in camera and under seal)
     LLC; ADAMSON AHDOOT, LLP;             (DO NOT PLACE ON PACER)**
11   ALEXANDER POU; ALLSTAR
     HEALTH PROVIDERS, INC;                **JURY TRIAL DEMANDED**
12   AMIGOS PAWNSHIP, INC; ARIES
     YAN INVESTMENTS; ARSA
13   MEDICAL WHOLESALE, INC; B E
     PRODUCTS, INC; BEST TIME
14   EXPRESS, INC; BMW NATION
     WIDE SECURITY, INC;
15   CALIFORNIA AUGER BORING,
     INC; CENTERPOINT MINISTRIES;
16   CHERNOVTEAM;
     CHRISTOFFERSON
17   TRANSPORTATION, INC; CITY
     LOGISTICS AND TRANSPORT,
18   INC; COMPANION HOSPICE, LLC;
     CREATIVE COMPOUNDS, INC;
19   DEAN SALO DDS, INC; DOUBLE A
     DISTRIBUTION, INC; ECLIPSE
20   RECREATIONAL VEHICLES, INC;
     EL COMPADRE, INC; EYES

                            1

CREATIVE, LLC; FALCON MOTORS, INC; FETCH INDUSTRIES, INC. FINELINE WOODWORKING, INC; FURNITOPIA, LLC; GOGI HOUSE; GOODNEWS ENTERPRISES, INC; GORJANA & GRIFFIN, INC; GREEN VIEW NURSERY, INC; HORIZON 5 LAKES, LLC; INNOVA CLAIMS MANAGEMENT, LLC; JAMES MCMINN, INC; JK ENGINEERING AEROSPACE & DEFENSE; JLL SOLUTIONS, INC; JMG INVESTMENTS, INC; JOHN'S INCREDIBLE PIZZA COMPANY, INC; JOURNEYMEN CONSTRUCTION; K9 BALLISTICS, INC; LABEL DADDY PARTNERS, LLC; LAND GORILLA, LLC; LARGE INVESTMENT GROUP, INC; M LIBRUSH CONSTRUCTION, INC; MAGNUSON PRODUCTS, LLC; MH HOMES, LLC; MICRO GROW GREENHOUSE SYSTEMS; MICRODYNE PLASTICS, INC; N BHULLAR, INC; NEIGHBORHOOD PHARMACY, INC; NEW WORLD EMPIRE TRADING, INC; OC VETERINARY MEDICAL CENTER, INC; OLA, INC; OLD MISSION GRAMMAR SCHOOL PARENTS CLUB aka OLD MISSION SCHOOL; ORRTEK, INC; OTTIMO RESOURCES, INC; PACIFIC ANTENNA SYSTEMS; PANDA MOTORS, INC; PIG N WHISTLE, LLC; POSH MANAGEMENT; POWER1 INTEGRATED, INC; PROMAX INTERNATIONAL / BPME; RADEGY, INC; RESERVE

| | |
|---|---|
| 1 | DIVERSIFIED, INC; RNC CAPITAL MANAGEMENT, LLC; SHAZOH, |
| 2 | INC; SIOUX TRUCKING, INC; SO CAL PF, LLC; SOCIALWISE, INC; |
| 3 | SOUTHERN CALIFORNIA MEDICAL GROUP; |
| 4 | SOUTHWESTERN INDUSTRIES, INC; SPYDERBUILT; ST. |
| 5 | ALOYSIUS GONZAGA SCHOOL; STAR ELECTRIC, INC; SUNSET |
| 6 | SLEEP LABS, LLC; SUPERIOR ENTERPRISES, LLC; SWINDEMAN |
| 7 | TRADING, LLC; THE LITTLE MARKET, INC; TOMNATCO, INC; |
| 8 | UNITED GLOBAL NEWS; VAYSFELD STUDIOS, LLC; WEST |
| 9 | COAST CHASSIS; WILLIAM B, LLC; WOODCREST SCHOOLS, INC; |
| 10 | and WOODLAND HILLS FIREPLACE SHOP, |
| 11 | |
| | Defendants. |

12

13      Plaintiff-Relator Bryan Quesenberry, acting pro se, on behalf of the United

14 States of America (the "Government" or the "Federal Government") and against

15 the above-named Defendants, alleges based upon personal knowledge, relevant

16 documents, information, and belief, as follows.

## **INTRODUCTION**

17

18      1.      This is an action to recover damages and civil penalties on behalf of

19 the United States of America arising from false and/or fraudulent records,

20 statements, and claims made and caused to be made by Defendants and/or their

3

1    agents and employees, in violation of the federal False Claims Act, 31 U.S.C. §§

2    3729, *et seq.* **("the FCA")**.

3    　　2.　　This action seeks to recover millions of federal dollars wrongfully

4    loaned to Defendants through the Federal Government's Payroll Protection

5    Program **("PPP")**. The PPP provides a pathway to borrowers for forgiveness of

6    these loans.

7    　　3.　　Pursuant to the PPP, the Federal Government has spent billions of

8    dollars in stimulus funding, as well as other federal funding, to support and aid

9    legitimate businesses through the coronavirus pandemic.

10    　　4.　　This action alleges that certain Defendants applied multiple times for

11    PPP funds and received PPP funds multiple times despite the PPP application and

12    rules prohibiting applicants from receiving PPP funds more than once.

13    　　5.　　The FCA was enacted during the Civil War, and was substantially

14    amended in 1986, and again in 2009 and 2010. Congress amended the FCA in

15    1986 to enhance the Federal Government's ability to recover losses sustained as a

16    result of fraud against the United States after finding that fraud in federal programs

17    was pervasive and that the FCA, which Congress characterized as a primary tool

18    for combating government fraud, was in need of modernization. The amendments

19    create incentives for individuals to come forward with information about fraud

20    against the Federal Government without fear of reprisals or inaction, and enable

1   the use of private legal resources to prosecute fraud claims on the Federal

2   Government's behalf.

3       6.       The FCA prohibits, *inter alia*: (1) knowingly presenting, or causing to

4   be presented, a false or fraudulent claim for payment or approval; and (2)

5   knowingly making or using, or causing to be made or used, a false or fraudulent

6   record or statement material to a false or fraudulent claim. 31 U.S.C. §§

7   3729(a)(1)(A), (B). Any person who violates the FCA is liable for a civil penalty

8   of up to $11,000 for each such claim, **plus three times the amount of the**

9   **damages** sustained by the Government. 31 U.S.C. § 3729(a)(1)(A) (as adjusted by

10  the Federal Civil Penalties Inflation Adjustment Act of 1990 [28 U.S.C. § 2461

11  note; Public Law 104-410]).

12      7.       In 2009, Congress amended the FCA to clarify that a "claim" includes

13  "any request or demand, whether under a contract or otherwise, for money or

14  property and whether or not the United States has title to the money or property

15  that (i) is presented to an officer, employee, or agent of the United States; or (ii) is

16  made to a contractor, grantee, or other recipient, if the money or property is to be

17  spent or used on the Government's behalf or to advance a Government program or

18  interest…" 31 U.S.C. § 3729(b)(2).

19      8.       The FCA allows any person having information about an FCA

20  violation to bring an action for himself and the Federal Government, and to share

1  in any recovery. The FCA requires that the complaint be filed under seal for a

2  minimum of 60 days (without service on Defendants during that time) to allow the

3  Federal Government time to conduct its own investigation and to determine

4  whether to join the suit.

5       9.      Based on the foregoing laws, *qui tam* Plaintiff/Relator seeks through

6  this action to recover all available damages, civil penalties, and other relief for the

7  violations alleged herein in every jurisdiction to which Defendants' misconduct

8  has extended.

9                              **PARTIES**

10      10.     Plaintiff/Relator Bryan Quesenberry (**"Relator"**) is a resident of Utah.

11  He brings this action on behalf of the United States of America, the real party in

12  interest.

13      11.     The following is a chart identifying each Defendant, the amounts of

14  PPP funds they received, their address and location where they conduct business,

15  and the dates they applied for PPP funds.

| AMOUNT | DEFENDANT | CITY | APP. DATE |
|---|---|---|---|
| $350,000-1 million | 2 EVIL GENIUSES | SANTA ANA | 4/29/2020 |
| $350,000-1 million | 2 EVIL GENIUSES | SANTA ANA | 5/3/2020 |
|  |  |  |  |
| $150,000-350,000 | A-1 GLASS, LLC | PASO ROBLES | 5/5/2020 |
| $150,000-350,000 | A-1 GLASS, LLC | PASO ROBLES | 4/27/2020 |
|  |  |  |  |

| | | | |
|---|---|---|---|
| $150,000-350,000 | ADAMSON AHDOOT, LLP | LOS ANGELES | 5/1/2020 |
| $150,000-350,000 | ADAMSON AHDOOT, LLP | LOS ANGELES | 4/30/2020 |
| | | | |
| $150,000-350,000 | ALEXADER POU | THOUSAND OAKS | 6/30/2020 |
| $150,000-350,000 | ALEXADER POU | THOUSAND OAKS | 6/30/2020 |
| | | | |
| $150,000-350,000 | ALLSTAR HEALTH PROVIDERS, INC. | RANCHO CUCAMONGA | 5/3/2020 |
| $150,000-350,000 | ALLSTAR HEALTH PROVIDERS, INC. | RANCHO CUCAMONGA | 5/1/2020 |
| | | | |
| $150,000-350,000 | AMIGOS PAWNSHOP, INC. | LOS ANGELES | 6/24/2020 |
| $150,000-350,000 | AMIGOS PAWNSHOP, INC. | LOS ANGELES | 5/29/2020 |
| | | | |
| $150,000-350,000 | AIRES YAN INVESTMENTS | VAN NUYS | 6/29/2020 |
| $150,000-350,000 | AIRES YAN INVESTMENTS | VAN NUYS | 6/30/2020 |
| | | | |
| $150,000-350,000 | ARSA MEDICAL WHOLESALE, INC. | LOS ANGELES | 5/4/2020 |
| $150,000-350,000 | ARSA MEDICAL WHOLESALE, INC. | NORTH HOLLYWOOD | 5/21/2020 |
| | | | |
| $150,000-350,000 | B E PRODUCTS, INC. | PLACENTIA | 6/30/2020 |
| $150,000-350,000 | B E PRODUCTS, INC. | PLACENTIA | 4/28/2020 |
| | | | |
| $350,000-1 million | BEST TIME EXPRESS, INC. | FONTANA | 6/29/2020 |
| $350,000-1 million | BEST TIME EXPRESS, INC. | FONTANA | 6/30/2020 |
| | | | |

| | | | |
|---|---|---|---|
| $350,000-1 million | BMW NATION WIDE SECURITY, INC. | LONG BEACH | 5/29/2020 |
| $150,000-350,000 | BMW NATION WIDE SECURITY, INC. | LONG BEACH | 5/27/2020 |
| | | | |
| $150,000-350,000 | CALIFORNIA AUGER BORING, INC. | ANAHEIM | 4/28/2020 |
| $150,000-350,000 | CALIFORNIA AUGER BORING, INC. | ANAHEIM | 5/6/2020 |
| | | | |
| $150,000-350,000 | CENTERPOINT MINISTRIES | MURRIETA | 4/27/2020 |
| $150,000-350,000 | CENTERPOINT MINISTRIES | MURRIETA | 5/3/2020 |
| | | | |
| $150,000-350,000 | CHERNOVTEAM | LOS ANGELES | 5/15/2020 |
| $150,000-350,000 | CHERNOVTEAM | STUDIO CITY | 6/30/2020 |
| | | | |
| $150,000-350,000 | Christofferson Transportation, Inc. | RIVERSIDE | 5/1/2020 |
| $150,000-350,000 | Christofferson Transportation, Inc. | RIVERSIDE | 4/28/2020 |
| | | | |
| $350,000-1 million | CITY LOGISTICS AND TRANSPORT, INC. | CARSON | 4/28/2020 |
| $350,000-1 million | CITY LOGISTICS AND TRANSPORT, INC. | LONG BEACH | 4/28/2020 |
| | | | |
| $1-2 million | COMPANION HOSPICE, LLC | DOWNEY | 4/28/2020 |
| $350,000-1 million | COMPANION HOSPICE, LLC | RIVERSIDE | 4/28/2020 |
| | | | |
| $350,000-1 million | CREATIVE COMPOUNDS, INC | COSTA MESA | 4/29/2020 |
| $350,000-1 million | CREATIVE COMPOUNDS, INC | COSTA MESA | 4/29/2020 |

| | | | |
|---|---|---|---|
| $350,000-1 million | DEAN SALO DDS, INC | LOS ANGELES | 4/7/2020 |
| $150,000-350,000 | DEAN SALO DDS, INC | TORRANCE | 4/7/2020 |
| $150,000-350,000 | DOUBLE A DISTRIBUTION, INC. | EASTVALE | 5/3/2020 |
| $150,000-350,000 | DOUBLE A DISTRIBUTION, INC. | EASTVALE | 6/30/2020 |
| $1-2 million | ECLIPSE RECREATIONAL VEHICLES, INC. | RIVERSIDE | 6/29/2020 |
| $1-2 million | ECLIPSE RECREATIONAL VEHICLES, INC. | RIVERSIDE | 6/30/2020 |
| $350,000-1 million | EL COMPADRE, INC | LOS ANGELES | 5/1/2020 |
| $150,000-350,000 | EL COMPADRE, INC | LOS ANGELES | 5/2/2020 |
| $150,000-350,000 | EYES CREATIVE, LLC | LOS ANGELES | 4/28/2020 |
| $150,000-350,000 | EYES CREATIVE, LLC | LOS ANGELES | 6/30/2020 |
| $350,000-1 million | FALCON MOTORS, INC | PANORAMA CITY | 5/3/2020 |
| $150,000-350,000 | FALCON MOTORS, INC | PANORAMA CITY | 4/30/2020 |
| $150,000-350,000 | FETCH INDUSTRIES, INC | CANOGA PARK | 4/27/2020 |
| $150,000-350,000 | FETCH INDUSTRIES, INC | LOS ANGELES | 5/8/2020 |
| $150,000-350,000 | FETCH INDUSTRIES, INC | LOS ANGELES | 5/1/2020 |
| | | | |

| | | | |
|---|---|---|---|
| $1-2 million | FINELINE WOODWORKING, INC. | COSTA MESA | 5/3/2020 |
| $350,000-1 million | FINELINE WOODWORKING, INC. | COSTA MESA | 4/15/2020 |
| $350,000-1 million | FINELINE WOODWORKING, INC. | COSTA MESA | 6/30/2020 |
| $150,000-350,000 | FURNITOPIA, LLC | MONTEBELLO | 6/29/2020 |
| $150,000-350,000 | FURNITOPIA, LLC | MONTEBELLO | 6/29/2020 |
| $150,000-350,000 | GOGI HOUSE | SANTA CLARITA | 5/3/2020 |
| $150,000-350,000 | GOGI HOUSE | SANTA CLARITA | 4/15/2020 |
| $1-2 million | GOODNEWS ENTERPRISES, INC. | TORRANCE | 4/27/2020 |
| $150,000-350,000 | GOODNEWS ENTERPRISES, INC. | TORRANCE | 5/3/2020 |
| $1-2 million | GORJANA & GRIFFIN, INC. | LAGUNA BEACH | 5/1/2020 |
| $1-2 million | GORJANA & GRIFFIN, INC. | LAGUNA BEACH CA | 4/29/2020 |
| $150,000-350,000 | GREEN VIEW NURSERY, INC. | CALABASAS | 5/19/2020 |
| $150,000-350,000 | GREEN VIEW NURSERY, INC. | CALABASAS | 5/19/2020 |
| $1-2 million | HORIZON 5 LAKES, LLC | LOS ANGELES | 5/27/2020 |
| $1-2 million | HORIZON 5 LAKES, LLC | CANOGA PARK | 6/1/2020 |
| $350,000-1 million | INNOVA CLAIMS MANAGEMENT, LLC | MISSION VIEJO | 5/3/2020 |

| | | | |
|---|---|---|---|
| $350,000-1 million | INNOVA CLAIMS MANAGEMENT, LLC | MISSION VIEJO | 6/30/2020 |
| | | | |
| $1-2 million | JAMES MCMINN, INC. | RIVERSIDE | 5/5/2020 |
| $1-2 million | JAMES MCMINN, INC. | RIVERSIDE | 4/27/2020 |
| | | | |
| $150,000-350,000 | JK ENGINEERING AEROSPACE & DEFENSE | YORBA LINDA | 4/14/2020 |
| $150,000-350,000 | JK ENGINEERING AEROSPACE & DEFENSE | YORBA LINDA | 6/18/2020 |
| | | | |
| $350,000-1 million | JLL SOLUTIONS, INC. | SANTA MONICA | 4/28/2020 |
| $350,000-1 million | JLL SOLUTIONS, INC. | SANTA MONICA | 5/1/2020 |
| | | | |
| $350,000-1 million | JMG INVESTMENTS, INC. | WOODLAND HILLS | 5/8/2020 |
| $350,000-1 million | JMG INVESTMENTS, INC. | WOODLAND HILLS | 4/30/2020 |
| | | | |
| $1-2 million | JOHN'S INCREDIBLE PIZZA, INC. | Rancho Santa Margarita | 4/15/2020 |
| $350,000-1 million | JOHN'S INCREDIBLE PIZZA, INC. | Rancho Santa Margarita | 4/15/2020 |
| $350,000-1 million | JOHNS INCREDIBLE PIZZA, INC. | Rancho Santa Margarita | 4/15/2020 |
| $150,000-350,000 | JOHNS INCREDIBLE PIZZA, INC. | Rancho Santa Margarita | 4/15/2020 |
| $150,000-350,000 | JOHNS INCREDIBLE PIZZA, INC. | Rancho Santa Margarita | 4/15/2020 |
| $150,000-350,000 | JOHNS INCREDIBLE PIZZA, INC. | Rancho Santa Margarita | 4/15/2020 |
| | | | |
| $350,000-1 million | JOURNEYMAN CONSTRUCTION | LOS ANGELES | 5/28/2020 |

| | | | |
|---|---|---|---|
| $150,000-350,000 | JOURNEYMAN CONSTRUCTION | WOODLAND HILLS | 6/25/2020 |
| | | | |
| $150,000-350,000 | K9 BALLISTICS, INC. | CAMARILLO | 4/28/2020 |
| $150,000-350,000 | K9 BALLISTICS, INC. | CAMARILLO | 4/15/2020 |
| | | | |
| $150,000-350,000 | LABEL DADDY PARTNERS, LLC | CHATSWORTH | 4/28/2020 |
| $150,000-350,000 | LABEL DADDY PARTNERS, LLC | CHATSWORTH | 5/21/2020 |
| | | | |
| $350,000-1 million | LAND GORILLA, LLC | SAN LUIS OBISPO | 6/12/2020 |
| $350,000-1 million | LAND GORILLA, LLC | SAN LUIS OBISPO | 4/14/2020 |
| | | | |
| $350,000-1 million | LARGE INVESTMENT GROUP, INC. | TUSTIN | 6/30/2020 |
| $350,000-1 million | LARGE INVESTMENT GROUP, INC. | TUSTIN | 6/30/2020 |
| | | | |
| $350,000-1 million | M LIBRUSH CONSTRUCTION, INC | LOS ANGELES | 5/3/2020 |
| $150,000-350,000 | M LIBRUSH CONSTRUCTION, INC | LOS ANGELES | 5/3/2020 |
| | | | |
| $350,000-1 million | MAGNUSON PRODUCTS, LLC | VENTURA | 4/29/2020 |
| $350,000-1 million | MAGNUSON PRODUCTS, LLC | VENTURA | 4/28/2020 |
| | | | |
| $150,000-350,000 | MH HOMES, LLC | IRVINE | 6/27/2020 |
| $150,000-350,000 | MH HOMES, LLC | IRVINE | 6/30/2020 |
| | | | |
| $150,000-350,000 | MICRO GROW GREENHOUSE SYSTEMS | TEMECULA | 5/3/2020 |
| $150,000-350,000 | MICRO GROW GREENHOUSE SYSTEMS | TEMECULA | 6/18/2020 |
| | | | |

| | | | |
|---|---|---|---|
| $350,000-1 million | MICRODYNE PLASTICS, INC. | COLTON | 6/23/2020 |
| $350,000-1 million | MICRODYNE PLASTICS, INC. | COLTON | 6/3/2020 |
| | | | |
| $150,000-350,000 | N BHULLAR, INC. | ARCADIA | 5/1/2020 |
| $150,000-350,000 | N BHULLAR, INC. | DUARTE | 4/30/2020 |
| | | | |
| $150,000-350,000 | NEIGHBORHOOD PHARMACY, INC. | CAMARILLO | 5/3/2020 |
| $150,000-350,000 | NEIGHBORHOOD PHARMACY, INC. | CAMARILLO | 4/28/2020 |
| | | | |
| $150,000-350,000 | NEW WORLD EMPIRE TRADING, INC. | SHERMAN OAKS | 6/22/2020 |
| $150,000-350,000 | NEW WORLD EMPIRE TRADING, INC. | SHERMAN OAKS | 6/11/2020 |
| | | | |
| $350,000-1 million | OC VETERINARY MEDICAL CENTER, INC. | ORANGE | 5/3/2020 |
| $150,000-350,000 | OC VETERINARY MEDICAL CENTER, INC. | ORANGE | 4/27/2020 |
| | | | |
| $350,000-1 million | OLA, INC | HUNTINGTON BEACH | 4/28/2020 |
| $150,000-350,000 | OLA, INC | SANTA BARBARA | 4/28/2020 |
| | | | |
| $350,000-1 million | OLD MISSION SCHOOL | SAN JUAN CAPISTRANO | 4/15/2020 |
| $150,000-350,000 | OLD MISSION SCHOOL | SN LUIS OBISP | 6/11/2020 |
| | | | |
| $150,000-350,000 | ORRTEK, INC. | SYLMAR | 4/29/2020 |
| $150,000-350,000 | ORRTEK, INC. | SYLMAR | 5/3/2020 |

| | | | |
|---|---|---|---|
| $150,000-350,000 | OTTIMO RESOURCES, INC. | LOS ANGELES | 6/15/2020 |
| $150,000-350,000 | OTTIMO RESOURCES, INC. | LOS ANGELES | 6/16/2020 |
| | | | |
| $150,000-350,000 | PACIFIC ANTENNA SYSTEMS | CAMARILLO | 5/6/2020 |
| $150,000-350,000 | PACIFIC ANTENNA SYSTEMS | CAMARILLO | 4/28/2020 |
| | | | |
| $1-2 million | PANDA MOTORS, INC. | SANTA ANA | 4/13/2020 |
| $350,000-1 million | PANDA MOTORS, INC. | FULLERTON | 4/13/2020 |
| | | | |
| $150,000-350,000 | PIG N WHISTLE, LLC | LOS ANGELES | 5/3/2020 |
| $150,000-350,000 | PIG N WHISTLE, LLC | LOS ANGELES | 5/3/2020 |
| | | | |
| $150,000-350,000 | POSH MANAGEMENT | VENICE | 5/1/2020 |
| $150,000-350,000 | POSH MANAGEMENT | INGLEWOOD | 5/3/2020 |
| | | | |
| $150,000-350,000 | POWER1 INTEGRATED, INC. | BEVERLY HILLS | 6/29/2020 |
| $150,000-350,000 | POWER1 INTEGRATED, INC. | BEVERLY HILLS | 6/30/2020 |
| | | | |
| $350,000-1 million | PROMAX INTERNATIONAL / BPME | LOS ANGELES | 4/29/2020 |
| $350,000-1 million | PROMAX INTERNATIONAL / BPME | LOS ANGELES | 4/28/2020 |
| | | | |
| $150,000-350,000 | RADEGY, INC. | NORTH HOLLYWOOD | 5/5/2020 |
| $150,000-350,000 | RADEGY, INC. | LOS ANGELES | 5/3/2020 |
| | | | |

| | | | |
|---|---|---|---|
| $150,000-350,000 | RESERVE DIVERSIFIED, INC. | PERRIS | 6/30/2020 |
| $150,000-350,000 | RESERVE DIVERSIFIED, INC. | PERRIS | 5/3/2020 |
| | | | |
| $1-2 million | RNC CAPITAL MANAGEMENT, LLC | LOS ANGELES | 5/3/2020 |
| $1-2 million | RNC CAPITAL MANAGEMENT, LLC | LOS ANGELES | 4/14/2020 |
| | | | |
| $150,000-350,000 | SHAZOH, INC. | RIVERSIDE | 5/8/2020 |
| $150,000-350,000 | SHAZOH, INC. | TRABUCO CANYON | 6/26/2020 |
| | | | |
| $150,000-350,000 | SIOUX TRUCKING, INC. | SANTA ROSA VALLEY | 5/1/2020 |
| $150,000-350,000 | SIOUX TRUCKING, INC. | SANTA ROSA VALLEY | 5/3/2020 |
| | | | |
| $1-2 million | SO CAL PF, LLC | CARSON | 5/3/2020 |
| $150,000-350,000 | SO CAL PF, LLC | INGLEWOOD | 5/3/2020 |
| | | | |
| $150,000-350,000 | SOCIALWISE, INC. | IRVINE | 4/28/2020 |
| $150,000-350,000 | SOCIALWISE, INC. | IRVINE | 4/16/2020 |
| | | | |
| $150,000-350,000 | Southern California Medical Group | GLENDALE | 4/16/2020 |
| $150,000-350,000 | Southern California Medical Group | LOS ANGELES | 4/30/2020 |
| | | | |
| $2-5 million | SOUTHWESTERN INDUSTRIES, INC. | RANCHO DOMINGUEZ | 4/27/2020 |
| $2-5 million | SOUTHWESTERN INDUSTRIES, INC. | RANCHO DOMINGUEZ | 4/27/2020 |
| | | | |
| $150,000-350,000 | SPYDERBUILT | HERMOSA BEACH | 4/27/2020 |
| $150,000-350,000 | SPYDERBUILT | HERMOSA BEACH | 4/27/2020 |

| | | | |
|---|---|---|---|
| $150,000-350,000 | ST. ALOYSIUS GONZAGA SCHOOL | LOS ANGELES | 4/29/2020 |
| $150,000-350,000 | ST. ALOYSIUS GONZAGA SCHOOL | LOS ANGELES | 4/30/2020 |
| | | | |
| $1-2 million | STAR ELECTRIC, INC. | FULLERTON | 5/4/2020 |
| $1-2 million | STAR ELECTRIC, INC. | FULLERTON | 6/30/2020 |
| | | | |
| $150,000-350,000 | SUNSET SLEEP LABS, LLC | SIMI VALLEY | 4/28/2020 |
| $150,000-350,000 | SUNSET SLEEP LABS, LLC | SIMI VALLEY | 5/1/2020 |
| | | | |
| $350,000-1 million | SUPERIOR ENTERPRISES, LLC | GLENDALE | 5/12/2020 |
| $150,000-350,000 | SUPERIOR ENTERPRISES, LLC | GLENDALE | 5/14/2020 |
| | | | |
| $150,000-350,000 | SWINDEMAN TRADING, LLC | HUNTINGTON BEACH | 4/30/2020 |
| $150,000-350,000 | SWINDEMAN TRADING, LLC | HUNTINGTON BEACH | 6/29/2020 |
| | | | |
| $150,000-350,000 | THE LITTLE MARKET, INC. | SANTA ANA | 4/30/2020 |
| $150,000-350,000 | THE LITTLE MARKET, INC. | CAYUCOS | 5/2/2020 |
| | | | |
| $150,000-350,000 | TOMNATCO, INC. | CORONA | 4/28/2020 |
| $150,000-350,000 | TOMNATCO, INC. | CORONA | 5/3/2020 |
| | | | |
| $150,000-350,000 | UNITED GLOBAL NEWS | BEVERLY HILLS | 6/28/2020 |
| $150,000-350,000 | UNITED GLOBAL NEWS | BEVERLY HILLS | 6/30/2020 |
| | | | |
| $350,000-1 million | VAYSFELD STUDIOUS, LLC | WOODLAND HILLS | 6/28/2020 |

| $350,000-1 million | VAYSFELD STUDIOUS, LLC | WOODLAND HILLS | 6/29/2020 |
|---|---|---|---|
| | | | |
| $150,000-350,000 | WEST COAST CHASSIS | WESTLAKE VILLAGE | 5/27/2020 |
| $150,000-350,000 | WEST COAST CHASSIS | THOUSAND OAKS | 6/16/2020 |
| $150,000-350,000 | WEST COAST CHASSIS | WESTLAKE VILLAGE | 6/30/2020 |
| | | | |
| $350,000-1 million | WILLIAM B, LLC | SHERMAN OAKS | 4/10/2020 |
| $150,000-350,000 | WILLIAM B, LLC | SHERMAN OAKS | 5/3/2020 |
| | | | |
| $350,000-1 million | WOODCREST SCHOOLS, INC. | TARZANA | 4/29/2020 |
| $350,000-1 million | WOODCREST SCHOOLS, INC. | TARZANA | 4/15/2020 |
| | | | |
| $150,000-350,000 | WOODLAND HILLS FIREPLACE SHOP | WOODLAND HLS | 4/15/2020 |
| $150,000-350,000 | WOODLAND HILLS FIREPLACE SHOP | WOODLAND HILLS | 4/30/2020 |

12.    According to the PPP application discussed below, owners of

Defendants include partners or members owning 20% or more equity in the

company. Upon information and belief, and after further discovery in this matter,

Relator anticipates he will need to amend this Complaint to add in such owners or

representatives as co-defendants if they were complicit in the fraudulent

misrepresentations listed herein.

1    **JURISDICTION AND VENUE**

2    13.    This Court has jurisdiction over the subject matter of this action

3    pursuant to 28 U.S.C. § 1331 and 31 U.S.C. § 3732, the latter of which specifically

4    confers jurisdiction on this Court for actions brought pursuant to 31 U.S.C. §§

5    3729 and 3730. Although this issue is no longer jurisdictional after the 2009

6    amendments to the FCA, to Realtor's knowledge there has been no statutorily

7    relevant public disclosure of the "allegations or transactions" in this Complaint, as

8    those concepts are used in 31 U.S.C. § 3730(e), as amended by Pub. L. No. 111-

9    148, § 10104(j)(2), 124 Stat. 119, 901-02.

10    14.    Moreover, whether or not such a disclosure has occurred, Relator

11    would qualify as an "original source" of the information on which the allegations

12    or transactions in this Complaint are based. Plaintiff researched and discovered

13    through a records request the pertinent dates of formation and other related entity

14    information of each Defendant.

15    15.    This Court has personal jurisdiction over Defendants pursuant to 31

16    U.S.C. § 3732(a) because that section authorizes nationwide service of process and

17    because Defendants are California entities.

18    16.    Venue is proper in the Central District of California pursuant to 28

19    U.S.C. § 1391(b)-(c) and 31 U.S.C. § 3732(a) because Defendants can be found in

20    and/or transacted business in this district, and because violations of 31 U.S.C. §§

1   3729 *et seq*. alleged herein occurred within this district. At all times relevant to this

2   Complaint, Defendants regularly conducted substantial business within this

3   district.

4   **THE PAYCHECK PROTECTION PROGRAM**

5       17.    Congress added sections 1102 and 1106 of the Coronavirus Aid,

6   Relief, and Economic Security Act **("CARES Act")**. Section 1102 contains a new

7   program called the Paycheck Protection Program **("PPP")** and is party of the U.S.

8   Small Business Administration's **("SBA")** 7(a) Loan Program. These two sections

9   are intended to provide economic relief to small businesses nationwide adversely

10  impacted by the coronavirus pandemic and the COVID-19 Emergency Declaration

11  issued by President Trump on March 13, 2020.

12      18.    Due to the COVID-19 emergency, many small businesses nationwide

13  are experiencing economic hardship as a direct result of the Federal, State, and

14  local public health measures that are being taken to minimize the public's exposure

15  to the coronavirus.

16      19.    The SBA received funding and authority through the CARES Act to

17  modify existing loan programs and establish the new PPP loan program to assist

18  small businesses nationwide adversely impacted by the coronavirus pandemic.

19      20.    Section 1102 of the Act temporarily permits SBA to guarantee 100%

20  of 7(a) loans under the PPP. Section 1106 of the CARES Act provides for

1  forgiveness of up to the full principal amount of qualifying loans guaranteed under

2  the PPP.

3      21.    The CARES Act was intended to provide relief to America's small

4  businesses expeditiously.

5      22.    The CARES Act gives lenders delegated authority to process loan

6  applications for PPP funding. SBA allowed lenders to rely on certifications of the

7  borrowers in order to determine eligibility of the borrower and use of loan

8  proceeds, and to rely on specified documents provided by the borrower to

9  determine qualifying loan amount, and eligibility for loan forgiveness. Lenders are

10  held harmless for borrowers' failures to comply with PPP rules.

11      23.    Borrowers had to submit documentation necessary to establish

12  eligibility such as payroll processor records, payroll tax filings, form 1099s,

13  income and expenses documentation.

14      24.    In general, Borrowers calculated an amount to borrow by aggregating

15  payroll costs from the previous 12 months for employees whose principal place of

16  residence is the United States. Annual employee salaries are capped at $100,000.

17  The borrower then calculated the average monthly payroll cost and multiplied that

18  amount by a factor of 2.5.

1    25.    One certification on the Application states, "Current economic

2    uncertainty makes this loan request necessary to support the ongoing operations of

3    the Applicant."

4    26.    Each Defendant certified on their PPP applications that "[d]uring the

5    period beginning on February 15, 2020 and ending on December 31, 2020, the

6    Applicant has not and will not receive another loan under the Paycheck Protection

7    Program."

8    27.    Defendants also "further certify that the information provided in this

9    application and the information provided in all supporting documents and forms is

10    true and accurate in all material respects."

11    28.    Finally, all Defendants certified that they "understand that knowingly

12    making a false statement to obtain a guaranteed loan from SBA is punishable under

13    the law, including under 18 USC 1001 and 3571 by imprisonment of not more than

14    five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of

15    not more than two years and/or a fine of not more than $5,000; and, if submitted to

16    a federally insured institution, under 18 USC 1014 by imprisonment of not more

17    than thirty years and/or a fine of not more than $1,000,000."

18

19

20

1                                      **ALLEGATIONS**

2         29.      According to the Small Business Administration (SBA), California-

3 based entities who applied for and received at least $150,000 in PPP funds totaled

4 approximately 87,691.

5         30.      Plaintiff reviewed and analyzed data from the SBA to identify

6 California-based entities who applied more than once for PPP funds. Plaintiff then

7 cross-checked that data with the California Secretary of State's website to confirm

8 various data points and information and fully identify entities who unlawfully

9 applied more than once for PPP funds. The result was the above-named Defendants

10 for this federal district of California.

11         31.      Defendants each certified on their PPP applications that "[d]uring the

12 period beginning on February 15, 2020 and ending on December 31, 2020, the

13 Applicant has not and will not receive another loan under the Paycheck Protection

14 Program."

15         32.      Defendants thus made material misrepresentations on their

16 applications for PPP funds, knowing lenders and the Federal Government would

17 rely on said representations in paying PPP funds to Defendants.

18         33.      Relator reserves the right to amend this Complaint and expand these

19 allegations upon review of the actual applications and supporting documentation

20 submitted by Defendants.

**<u>False Claims Act</u>**

**<u>31 U.S.C. § 3729(a)(1)(A)-(B)</u>**

34.     Relator realleges and incorporates by reference the allegations contained in the foregoing paragraphs as though fully set forth herein.

35.     This is a claim for treble damages and penalties under the False Claims Act, 31 U.S.C. § 3729, *et seq*., as amended.

36.     By virtue of the acts described above, Defendants knowingly presented or caused to be presented, false or fraudulent claims to the United States Government, or authorized agent of the United States Government, for payment or approval.

37.     By virtue of the acts described above, Defendants knowingly made or used, or caused to be made or used, false or fraudulent records or statements material to false or fraudulent claims for payment by the Government.

38.     Relator cannot at this time identify all of the false claims for payment that were caused by Defendants' conduct. The false claims were presented to third party lending institutions. Relator does not have access to the records of all such false or fraudulent statements or claims.

39.     Lenders, acting on behalf of the Federal Government, were guaranteed 100% of the PPP loans. Said lenders were unaware of the falsity of the

1    records, statements, and claims made or caused to be made by Defendants. Said

2    lenders paid the claims that would not be paid but for Defendants' illegal conduct.

3        40.    By reason of Defendants' acts, the United States has been damaged,

4    and continues to be damaged, in a substantial amount to be determined at trial.

5        41.    Additionally, the United States is entitled to the maximum penalty of

6    up to $11,000 for each and every violation arising from Defendants' unlawful

7    conduct alleged herein.

8    **<u>PRAYER</u>**

9        WHEREFORE, *qui tam* Plaintiff/Relator prays for judgment against each

10    Defendant as follows:

11    1.  That this Court enter judgment against each Defendant in an amount

12        equal to three times the damages the United Sates has sustained because

13        of Defendant's actions, plus a civil penalty of not less than $5,500 and

14        not more than $11,000 for each violation of 31 U.S.C. § 3729;

15    2.  That Relator be awarded the maximum amount allowed pursuant to 31

16        U.S.C. § 3730(d);

17    3.  That Relator be awarded all costs of this action, including attorney's fees

18        and expenses; and

19    4.  That Relator recover such other relief as the Court deems just and proper.

20

1                   **<u>DEMAND FOR JURY TRIAL</u>**

2          Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Relator hereby

3   demands a trial by jury.


    Dated: 9/7/2020                    Respectfully submitted,

                                       Bryan Quesenberry
                                       *Plaintiff/Relator*

Quesenberry
903 E. 420 S.
Salem, UT 84653

United States District Court
Central District of California
Office of The Clerk of Court
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

SEALED



Retail

UNITED STATES
POSTAL SERVICE.

P

US POSTAGE PAID
$8.00

Origin: 84353
09/08/20
4978846533-02

PRIORITY MAIL 2-DAY®

0 Lb 15.40 Oz
1004

C058

EXPECTED DELIVERY DAY: 09/11/20

SHIP
TO:
350 W 1ST ST
Los Angeles CA 90012-4536

10499

USPS TRACKING® NUMBER

9505 5152 2973 0252 1745 12

SEALED

PRIORITY® MAIL

VISIT US AT USPS.COM®
Label 106A, Nov 2018

United States Postal Service®

This product is for use with Priority Mail®. Misuse may be a violation of federal law. This label is not for resale.