1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General, Civil Division
2  E. MARTIN ESTRADA
   United States Attorney
3  DAVID M. HARRIS, AUSA
   Chief, Civil Division
4  ROSS M. CUFF, AUSA
   Chief, Civil Fraud Section
5  FRANK D. KORTUM, AUSA
   California State Bar No. 110984
6       Room 7516, Federal Building
        300 North Los Angeles Street
7       Los Angeles, California 90012
        Tel: (213) 894-6841; Fax: (213) 894-7819
8       E-mail: frank.kortum@usdoj.gov
   JAMIE ANN YAVELBERG
9  COLIN M. HUNTLEY
   JARED S. WIESNER
10 Attorneys, Civil Division
   United States Department of Justice
11      P.O. Box 261, Ben Franklin Station
        Washington, D.C. 20044
12      Tel: (202) 353-1274
        Fax: (202) 616-3085
13      Email: Jared.S.Wiesner@usdoj.gov
   Attorneys for the United States of America

**FILED**
CLERK, U.S. DISTRICT COURT
05/30/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: smom  DEPUTY

Notice has been delivered by First Class U.S. Mail to all counsel (or parties) at their last known address of record in this action on this date

Date: May 30 2024, 3:53 pm

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>　　　　Plaintiff[s],<br><br>　　　　v.<br><br>[UNDER SEAL],<br><br>　　　　Defendant[s]. | No. CV 20-08497 MWF (ASx)<br><br>ORDER ON NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART AND STIPULATION RE UNSEALING AND DISMISSAL IN PART<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY HEREWITH: NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART AND STIPLATION RE UNSEALING AND DISMISSAL IN PART] |

```
 1  BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General, Civil Division
 2  E. MARTIN ESTRADA
    United States Attorney
 3  DAVID M. HARRIS, AUSA
    Chief, Civil Division
 4  ROSS M. CUFF, AUSA
    Chief, Civil Fraud Section
 5  FRANK D. KORTUM, AUSA
    California State Bar No. 110984
 6        Room 7516, Federal Building
          300 North Los Angeles Street
 7        Los Angeles, California 90012
          Tel: (213) 894-6841; Fax: (213) 894-7819
 8        E-mail:  frank.kortum@usdoj.gov
    JAMIE ANN YAVELBERG
 9  COLIN M. HUNTLEY
    JARED S. WIESNER
10  Attorneys, Civil Division
    United States Department of Justice
11        P.O. Box 261, Ben Franklin Station
          Washington, D.C. 20044
12        Tel: (202) 353-1274
          Fax: (202) 616-3085
13        Email: Jared.S.Wiesner@usdoj.gov
    Attorneys for the United States of America
14
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES, *ex rel.* BRYAN QUESENBERRY,<br><br>Plaintiff,<br><br>TWO EVIL GENIUSES, <u>et al.</u>,<br><br>Defendant. | No. CV 20-08497 MWF (ASx)<br><br>ORDER ON NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART AND STIPULATION RE UNSEALING AND DISMISSAL IN PART<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY HEREWITH: NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART AND STIPLATION RE UNSEALING AND DISMISSAL IN PART] |

The United States having intervened in part and declined to intervene in part in the above-captioned action ("this action") pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), and the United States and *qui tam* plaintiff Bryan Quesenberry ("Relator") having stipulated to the unsealing of certain documents and to the dismissal of all defendants other than JMG Investments, Inc. ("JMG Investments") and Allstar Health Providers, Inc. ("Allstar Health Providers"), the Court now orders as follows:

IT IS ORDERED that:

1. The Relator's Complaint, the United States' Notice of Election of Intervention, and this Order shall be unsealed.

2. All other papers filed or lodged in this action shall remain under seal.

3. The seal shall be lifted on all matters occurring in this action after the date of this Order.

4. The United States shall file its Complaint in Intervention, together with this Order, within 90 days of the entry of this Order.

5. This action is dismissed without prejudice as to all defendants other than JMG Investments and Allstar Health Providers.

IT IS SO ORDERED.

Dated: May 30, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, CA 90012.

I served the [PROPOSED] ORDER ON NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART AND STIPULATION RE UNSEALING AND DISMISSAL IN PART on each person or entity named below by e-mail.

Date of e-mailing: May 30, 2024. Place of e-mailing: Los Angeles, CA.

Person(s) and/or Entity(s) to whom e-mailed:

Bryan Quesenberry
197 East 100 North, Suite A
Payson, UT 84651
jbq.esq@gmail.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2024, at Los Angeles, California.

Connie Hom

4