# EXHIBIT B

Jeffrey Schwartz                                    August 6, 2025

Page 1

1              UNITED STATES DISTRICT COURT

2          FOR THE CENTRAL DISTRICT OF CALIFORNIA

3     _____

4     UNITED STATES OF AMERICA, ex

5     rel. BRYAN QUESENBERRY,

6              Plaintiff,

7        v.                          No.

8     JMG INVESTMENTS, INC. and       2:20-cv-08497-MWF-AS

9     JEFFREY SCHWARTZ,

10             Defendants.

11    _____

12              VIDEOTAPED DEPOSITION OF

13                 JEFFREY SCHWARTZ

14    DATE:         Wednesday, August 6, 2025

15    TIME:         10:37 a.m.

16    LOCATION:     United States Attorney's Office

17                  300 North Los Angeles, Room 7516

18                  Los Angeles, CA 90012

19    OFFICIATED BY: Angelina King

20

21

22

23

24       Job No. CS7449664

25

Jeffrey  Schwartz                                    August 6, 2025

Page 2

 1              A P P E A R A N C E S

 2      ON BEHALF OF PLAINTIFF UNITED STATES OF AMERICA, EX REL.

 3      BRYAN QUESENBERRY:

 4          PADEN GALLAGHER, ESQUIRE

 5          JARED WIESNER, ESQUIRE

 6          Department of Justice, Civil Division, Fraud

 7          Section

 8          175 North Street Northeast, 9th Floor, Room 10.1332

 9          Washington, DC 20002

10          paden.gallagher@usdoj.gov

11          jared.s.wiesner2@usdoj.gov

12          (202) 305-1789

13          (202) 353-1274

14

15      ON BEHALF OF DEFENDANTS JMG INVESTMENTS, INC. AND

16      JEFFREY SCHWARTZ:

17          RICHARD RODGERS, ESQUIRE

18          Shane DiGiuseppe & Rodgers LLP

19          3125 Old Conejo Road

20          Thousand Oaks, CA 91320

21          rar@lawsdr.com

22          (805) 230-2525

23

24      ALSO PRESENT:

25          Julio Pena, Videographer

Jeffrey  Schwartz                                    August 6, 2025

Page 3

1                           I N D E X

2      EXAMINATION:                                    PAGE

3          By Mr. Gallagher                            6

4

5                         E X H I B I T S

6      NO.              DESCRIPTION                     PAGE

7      Exhibit 16    United States' Amended Notice of

8                    Deposition of Defendant Jeffrey

9                    Schwartz                          9

10     Exhibit 17    Paychex Year to Date Report       20

11     Exhibit 18    4-page Document, Bank of America   25

12     Exhibit 19    Paycheck Protection Program

13                   Borrower Application Form         29

14     Exhibit 20    Defendant JMG Investments, Inc.'s

15                   Responses to United States'

16                   Revised First Set of Requests for

17                   Admission                         29

18     Exhibit 21    Paycheck Protection Program

19                   Borrower Application Form         36

20     Exhibit 22    U.S. Small Business Administration

21                   Note                              45

22     Exhibit 23    Closing Information Sheet         50

23     Exhibit 24    Bank of America Statement         51

24     Exhibit 25    Chase Bank Statement              55

25     Exhibit 26    Fountainhead Forgiveness          58

Jeffrey  Schwartz                                          August 6, 2025

Page 4

1                    E X H I B I T S (Cont'd)

2      NO.                DESCRIPTION                       PAGE

3      Exhibit 27    DocuSign document                      64

4      Exhibit 28    Bank of America Paycheck

5                    Protection Program Loan

6                    Forgiveness Application                66

7      Exhibit 29    Paycheck Protection Program PPP

8                    Loan Forgiveness Application Form

9                    3508EZ                                 68

10     Exhibit 30    Letter from Richard A. Rodgers to

11                   Jared S. Wiesner                       75

12     Exhibit 31    Email from Jeffrey Schwartz to

13                   Sarah Schwinden dated 7/26/21          84

14     Exhibit 32    Email from Lori Grieder to Jeff

15                   Schwartz, dated 5/6/21                 86

16     Exhibit 33    Email from Jeff Schwartz to Lori

17                   Grieder, dated 6/25/21                 87

18

19

20

21

22

23

24

25

Jeffrey Schwartz                                    August 6, 2025

Page 5

```
 1              P R O C E E D I N G S

 2              THE OFFICER:  Good morning.  My name is

 3      Angelina King.  I am the deposition officer assigned by

 4      Veritext to take the record of this proceeding.  We are

 5      now on the record at 10:37 a.m.

 6              This is a deposition of Jeffrey Schwartz

 7      taken in the matter of United States of America vs. JMG

 8      Investments, Inc., et al., on Wednesday, August 6, 2025,

 9      at 300 North Los Angeles Street, Room 7516, Los Angeles,

10      California 90012.

11              I am a notary authorized to take

12      acknowledgements and administer oaths in California.

13              Additionally, absent an objection on the

14      record before the witness is sworn, all parties and the

15      witness understand and agree that any certified

16      transcript produced from the recordings of this

17      proceeding:

18                      - is intended for all uses permitted

19                        under applicable procedural and

20                        evidentiary rules and laws in the same

21                        manner as a deposition recorded by

22                        stenographic means; and

23                      - shall constitute written stipulation

24                        of such.

25                      This proceeding will be recorded via
```

Jeffrey  Schwartz                                    August 6, 2025

Page 6

1    video technology by Julio Pena.

2                    And at this time will everyone in

3    attendance please identify yourself for the record,

4    starting to my right.

5                    MR. GALLAGHER:  Good morning.  Paden

6    Gallagher on behalf of the United States.

7                    MR. WIESNER:  Jared Wiesner on behalf of

8    the United States.

9                    MR. RODGERS:  Richard A. Rodgers on

10   behalf of the deponent witness, Jeffrey Schwartz.

11                   THE OFFICER:  Thank you.  Hearing no

12   objection, no one else swear in the witness.

13   Mr. Schwartz, can you raise your right hand?

14   WHEREUPON,

15                    JEFFREY SCHWARTZ,

16   called as a witness and having been first duly sworn to

17   tell the truth, the whole truth, and nothing but the

18   truth, was examined and testified as follows:

19                   THE OFFICER:  Thank you.  You may

20   proceed.

21                    EXAMINATION

22   BY MR. GALLAGHER:

23       Q    All right.  Good morning, Mr. Schwartz.  Could

24   you please state your full name for the record?

25       A    Jeffrey H. Schwartz.

Jeffrey Schwartz                          August 6, 2025

                                                    Page 16

1          Q     Okay.  They're one and the same.  So Harmony

2     Place is just a doing business --

3          A     DBA.

4          Q     A DBA.  Okay.  Do you know off the top of your

5     head what the EIN number for JMG is?

6          A     Yes.

7          Q     Okay.  And when I say JMG, you know I'm

8     talking about JMG Investments.  Right?

9          A     Yes.

10         Q     What is the EIN number?

11         A     ████████████

12         Q     Okay.  And you were the whole owner of JMG,

13    but in turn JMG owns other entities.  Correct?

14         A     Correct.

15         Q     And what entities are those?

16         A     Dela Rosa Operations, Inc., and Valley

17    Restoration Center.  Valley Restoration Center, Inc.,

18    is -- is really a separate corporation.  I mean, they

19    all, all three of them have separate EIN numbers.

20         Q     Okay.  But they're all wholly owned by JMG.

21    Correct?

22         A     Dela Rosa is wholly owned.  Valley Restoration

23    Center is -- is a separate corporation. It's not wholly

24    owned by -- by JMG, but I own all of the stock in it.

25         Q     Okay.  But so I guess if we go up the pyramid,

Jeffrey  Schwartz                                    August 6, 2025

Page 23

1    says "Wages/Salary"?

2          A    Yes.

3          Q    And you see the number there is $2,492,460.51?

4          A    Yes.

5          Q    And so that would cover all of the payroll

6    that you had for the dates at the bottom, March 1, 2019,

7    to December 14, 2019, for both VRC and Harmony Place.

8    Correct?

9          A    Correct.

10               MR. RODGERS:   Objection.   Does

11    misstate -- it's -- the beginning date is March 10, not

12    March 1.

13               MR. GALLAGHER:   I apologize.   That's

14    correct.   Let me ask that again.

15    BY MR. GALLAGHER:

16          Q    So Mr. Schwartz, that $2,492,460.51 represents

17    all of the payroll that you paid to both VRC and Harmony

18    Place employees from March 10, 2019, to December 14,

19    2019.   Correct?

20          A    Correct.

21          Q    Okay.   There's not another $2,000,000.00 in

22    payroll that you paid during that time period not listed

23    here.   Right?

24          A    Correct.

25          Q    Yeah, let me ask it differently.   You don't

Jeffrey  Schwartz                                    August 6, 2025

Page 24

1    have any reason to believe that you spent almost $4.5

2    million on payroll in 2019.  Right?

3         A    Looks like that's what I paid -- my payroll

4    was, in those particular months, from March 10th to

5    December 14th of 2019, it looks like I -- I spent

6    $2,492,460.51 in my payroll.

7         Q    Okay.  I know it looks like that, but you

8    don't have any reason to believe that you spent

9    $4,000,000.00 on payroll in 2019.  Right?

10        A    Right.

11        Q    Okay.  Okay.  So Mr. Schwartz, I want to talk

12   to you now about your PPP loan applications.  Now in

13   2020, JMG received two PPP loans.  Correct?

14        A    Correct.

15        Q    Okay.  So I want to be clear, it was JMG was

16   the entity that received the PPP loans.  Right?

17        A    Correct.

18        Q    Harmony Place and VRC did not receive two

19   separate PPP loans.  Right?

20        A    Harmony Place is JMG.

21        Q    Right, but VRC and JMG did not receive two

22   separate PPP loans?

23        A    That's correct.

24        Q    Okay.  All right.  I'd like to mark this as

25   Exhibit 18.  Thank you.

Jeffrey Schwartz                                    August 6, 2025

Page 28

1    page of this document -- sorry to make you flip back and

2    forth -- you'll see in the box there it says "Average

3    Monthly Payroll, $202,394.02"?

4         A    Yes.

5         Q    So the same as that number that we just looked

6    at, I guess 2 cents off?

7         A    Yes.

8         Q    Okay.  And then you see at the very bottom box

9    in that table, it says $505,985.00?

10        A    Yes.

11        Q    And then if we look back on the second page

12   there, it says 2.5 plus EIDL net of advance if

13   applicable equals loan request.  And just below that is

14   the same $505,985.00.  Right?

15        A    Where is that again?

16        Q    Sorry.  On the second page.

17        A    And what am I looking for again?

18        Q    The second box there, which says it ends with

19   "equals loan request" and then underneath it is a box

20   that says $505,985.05.

21        A    Right.

22        Q    Okay.  So in calculating the PPP loan that you

23   received from Bank of America, you used the same 2.492

24   million dollar number from the payroll document we

25   looked at.  Correct?

Page 29

1        A    Correct.

2        Q    All right.  I'd like to mark this as Exhibit

3    19.  I will give you a chance to look at it, Mr.

4    Schwartz.  Do you recognize this document, Mr. Schwartz?

5                   (Exhibit 19 was marked for

6                    identification.)

7        A    Yes.

8        Q    And what is it?

9        A    It's an application for a PPP loan.

10       Q    Okay.  And do you know if this is the

11   application that you submitted to Fountainhead?

12       A    I assume.  I don't know for sure, but I assume

13   it is.

14       Q    Okay.  Well let's look at the second page.

15   You see at the bottom there it says, "Digitally signed

16   by Jeffrey H. Schwartz"?

17       A    Yes.

18       Q    And next to that is a date of May 7, 2020?

19       A    May 7th, 2020.  I do.

20       Q    Okay.  Keep that document in front of you, Mr.

21   Schwartz, but I'm going to mark this next document as

22   Exhibit 20.  Thank you.

23                   (Exhibit 20 was marked for

24                    identification.)

25            Okay.  Do you recognize that document, Mr.

Jeffrey  Schwartz                                    August 6, 2025

Page 32

1        Q    Okay.  And so that loan application we were

2    just looking at the top says it is application form

3    2483.  Correct?  I apologize.  It's at the bottom left.

4    I apologize.

5        A    Yes.

6        Q    And again that date that it's submitted says

7    May 7, 2020.  Correct?

8        A    I don't see the date on here.

9        Q    On the second page, there's, next to your

10   signature, the date May 7, 2020.  Right?

11       A    Yes, correct.

12       Q    Okay.  And if you look at the loan amount on

13   the first page, it's $501,588.00?

14       A    Yes.

15       Q    That's the amount you were given for the

16   Fountainhead loan.  Correct?

17       A    Correct.

18       Q    Okay.  So do you have any reason to believe

19   that this is not the application form 2483 that you

20   submitted on May 7, 2022, to Fountainhead for a

21   $501,588.00 PPP loan?

22       A    I do not.

23       Q    Okay.  All right.  Now if we go back to the

24   first page there, you see that you have average monthly

25   payroll listed as $200,635.00.  Correct?

Jeffrey  Schwartz                                    August 6, 2025

                                                            Page 33

1          A      Where is that again?

2          Q      The front of Exhibit 19.  At the top left,

3     there's a box that says, "Average monthly payroll,

4     $200,635.00."

5          A      Okay.

6          Q      Yes.

7          A      Yes.

8          Q      So that'd be about 2.4 million yearly, if

9     that's the monthly salary?

10         A      Okay, if you say so.

11         Q      Well, 200,000 times 12 is about 2.4 million.

12    Right?

13         A      Okay.

14         Q      Is that a "yes," Mr. Schwartz?

15         A      I don't have a calculator on me, but I can add

16    it up.

17         Q      Okay.

18         A      Can I write on here?

19                MR. RODGERS:  Don't write on the exhibit.

20                MR. GALLAGHER:  Yeah.

21                MR. RODGERS:  You can write on this.

22                THE WITNESS:  Average monthly salary of

23    200,635 times 12.  Okay.  2,400,000.

24    BY MR. GALLAGHER:

25         Q      Okay.  And if you look directly to the right

Jeffrey  Schwartz                          August 6, 2025

Page 34

1      of that box, two boxes over, it says, "Number of

2      Employees"?

3          A    Yes.

4          Q    And it says 64 employees.  Right?

5          A    It does.

6          Q    So this loan application was based on the same

7      numbers from the payroll document that we just looked

8      at.  Right?

9          A    Yes.

10         Q    Okay.  Okay.  All right.  Now Mr. Schwartz, I

11     want to talk to you about your actual time applying for

12     these PPP loans that JMG received.  So now you were

13     aware before you applied for a second PPP loan that you

14     were not allowed to obtain and retain two PPP loans in

15     2020.  Correct?

16         A    Not correct.

17         Q    Let's look back at that Fountainhead

18     application again, Exhibit 19.  If you go to the second

19     page there, do you see the section that says

20     certifications?

21         A    I do.

22         Q    All right.  And if you look at the sixth one

23     down there, do you see where it says, "During the period

24     beginning on February 15, 2020 and ending on December

25     31, 2020, the Applicant has not and will not receive

Jeffrey Schwartz                                    August 6, 2025

Page 35

1    another loan under the Paycheck Protection Program."

2    Right?

3         A    I see that.

4         Q    And that's your initial next to the

5    certification?

6         A    Yes, it is.

7         Q    So you certified that on May 7, 2020, when you

8    signed this application.  Right?

9         A    Apparently I did.

10        Q    Well you did.  Right, Mr. Schwartz?

11        A    Apparently I did.  That's my signature.

12        Q    And that's your --

13        A    I don't remember it.  I don't remember it, but

14   yeah, it's my signature.

15        Q    And that's your initials next to it?

16        A    That's my initials.

17        Q    Okay.  And you put your initials on this

18   document.  Right?

19        A    On this document?

20        Q    Yes.

21        A    I did, along with all the other ones.

22        Q    Okay.  And you can see at the bottom down

23   there it says SBA form 2483.  Correct?

24        A    Correct.

25        Q    So that's the form that you submit as to apply

Page 36

```
1    for a PPP loan.  Correct?

2         A    That's correct.

3         Q    So you made this same certification when

4    applying for your Bank of America loan, as well.

5    Correct?

6         A    That's correct.

7         Q    Okay.  All right.  I'd like to make this as

8    Exhibit 21.

9              (Exhibit 21 was marked for

10             identification.)

11             All right.  And do you recognize that

12   document, Mr. Schwartz?

13        A    Yes.

14        Q    And what is it?

15        A    Paycheck Protection Borrower Application Form.

16        Q    Okay.  And if you go to the second page there,

17   do you see that you signed this one, as well?

18        A    I do see that.

19        Q    And you see the date of that signature was May

20   6, 2020.  Correct?

21        A    May 6, 2020.  Correct.

22        Q    And if you look at that sixth certification

23   again, you'll see that it's the same one that, "During

24   the period beginning on February 15, 2020 and ending on

25   December 31, 2020, the Applicant has not and will not
```

Jeffrey  Schwartz                                        August 6, 2025

Page 37

1    receive another loan under the Paycheck Protection

2    Program."  Right?

3        A    I see that.

4        Q    Okay.  And your initials appear next to that

5    one, as well?

6        A    My initials appear next to it, but I do not

7    remember signing it.

8        Q    Okay.  Well there's a one that's typed in and

9    one that's handwritten.  Correct?

10       A    Correct.

11       Q    And your signature's dated May 6, 2020.

12   Correct?

13       A    That's correct.

14       Q    And you have a handwritten signature there?

15       A    That's correct, along with all the other ones.

16   I don't remember signing it.

17       Q    You would have read these certifications

18   before signing these forms.  Correct?

19       A    Correct.

20       Q    And at the top there, underneath

21   "Certifications," it says, "The authorized

22   representative of the Applicant must certify in good

23   faith to all of the below by initialing next to each

24   one"?

25       A    That's correct.

Jeffrey  Schwartz                                    August 6, 2025

Page 38

1      Q    And so you wouldn't have initialed without

2   reading those certifications?

3      A    I wouldn't have initialed without reading the

4   certification, but I don't remember signing it.

5      Q    Okay.  All right.  Mr. Schwartz, I'm going to

6   show you a document that's already been marked in Ms.

7   Lori Grieder's deposition as Exhibit 4.  Do you

8   recognize this document, Mr. Schwartz?

9      A    Let me read it.

10     Q    Okay.

11               THE OFFICER:  Are you going to attach to

12   this exhibit, as well?

13               MR. GALLAGHER:  No, we don't have to

14   because we already have it.

15               MR. RODGERS:  This is not an exhibit for

16   this deposition?

17               MR. GALLAGHER:  It's already been marked

18   as Ms. Grieder's deposition, so it's already Exhibit 4.

19               MR. RODGERS:  It's exhibit 4?

20               MR. GALLAGHER:  Yes.  And Rick, you

21   should have -- I emailed all the exhibits to you guys

22   and the court reporter.

23               MR. RODGERS:  Okay.

24               MR. GALLAGHER:  So you should have them.

25               MR. RODGERS:  Thank you.

Jeffrey  Schwartz                                    August 6, 2025

Page 39

1               THE WITNESS:  Yes, I remember.

2    BY MR. GALLAGHER:

3        Q    Okay.  And if you look at the second email

4    there, you see in the from line, that's your email.

5    Right?  It says, "From Jeff Schwartz,

6    jeff@harmonyplace.com"?

7        A    Yes.

8        Q    Do you have any other email addresses?

9        A    Yes.

10       Q    What are they?

11       A    schwartzjeff8@gmail.com.

12       Q    Is that the only one?

13       A    No.

14       Q    Okay.  So I'm going to read from that second

15   email there in blue out loud, and then I'll ask you a

16   question about it.  Starting from the line, "You do

17   realize," it says, "You do realize that I applied for a

18   PPP loan through Chase that was submitted on April 5th,

19   way before I filed through you and your people.  I'm not

20   worried about any confusion with where and how I got

21   this PPP loan, but what I am worried about is the fact

22   that two weeks after I applied for this loan, I did, in

23   fact, remind you via email that I received my loan

24   through Bank of America.

25               I was extremely surprised when the money was

Jeffrey  Schwartz                              August 6, 2025

Page 40

1    deposited into my Chase account.  I have absolutely no

2    problem paying you the $10,032.00, but before I pay you,

3    I would like an email or letter from you stating that

4    if, in fact, I am forced to pay that loan back to the

5    SBA (Chase), you'll reimburse me for the $10,032.00 that

6    I am paying you in advance."

7           I'll stop there.  So Mr. Schwartz, in that

8    paragraph, you're describing how you received two PPP

9    loans in 2020.  Correct?

10       A    That's correct.

11       Q    And you sent this email on June 8, 2020.

12   Right?

13       A    That's correct.

14       Q    So again if we look at that sentence in the

15   middle there, you say that, "two weeks after" you

16   applied for this loan, you did in fact remind Ms.

17   Grieder via email that you received your loan through

18   Bank of America.  That's what you say.  Right?

19       A    Correct.

20       Q    And then you go on to say you were extremely

21   surprised when the money was deposited in your Chase

22   account.  Right?

23       A    Correct.

24       Q    And the reason you say you were surprised is

25   because you knew you were not supposed to receive a

Jeffrey  Schwartz                                        August 6, 2025

Page 41

```
1    second PPP loan.  Correct?

2         A    Not correct.

3         Q    Mr. Schwartz, I'm not going to mark this, but

4    please take a look at it and tell me if you recognize

5    it.

6                   MR. GALLAGHER:  And Rick, I'll have one

7    for you too.

8    BY MR. GALLAGHER:

9         Q    Do you recognize this, Mr. Schwartz?

10        A    No, but go ahead.  I've never seen it before.

11        Q    Okay.  Well do you see at the first page there

12   it says Civil Investigative Demand Number 23-1044?

13        A    Yes.

14        Q    And then in the middle it says, "Testimony

15   Under Oath of Jeffrey Schwartz Taken Remotely via Zoom

16   at 10:09 a.m. Pacific Time, Tuesday, October 10, 2023,

17   before Theresa JoAnn Phillips-Blackwell, CSR 12700?

18        A    Yes.

19        Q    Mr. Schwartz, you gave testimony in response

20   to a civil investigative demand from our office.

21   Correct?

22        A    Correct.

23        Q    Okay.  And if you go to, it's the second page

24   there, but it says "Page 5" in the top right corner.  Do

25   you see where that is?  The top right corner of
```

Jeffrey Schwartz                              August 6, 2025

                                                    Page 42

1     the -- on this page right here, Mr. Schwartz.  You see

2     at the bottom right page, it says "Page 5"?

3          A    Yes.  It's 2/5.

4          Q    Okay.  And then if you go to line 4, you see

5     where it says, the reporter reads, "You do solemnly

6     state that the evidence you shall give in this matter

7     shall be the truth, the whole truth, and nothing but the

8     truth," and you answer, "Yes, I do"?

9          A    Yes.

10         Q    Okay.  Now Mr. Schwartz, if you turn to page,

11    it's page 12 of all the big pages, but it's page 43 in

12    the top right.

13         A    Page what?

14         Q    So page 12 on the bottom there.

15         A    Page 12 at the bottom.  Okay.  Up here.

16         Q    Okay.  And page 43 at the top right.  Do you

17    see that?

18         A    Yes.

19         Q    All right.  Now Mr. Schwartz, I want you to

20    look at line 19, and you can see that that's where you

21    were asked, "Then you say -- you write, 'I was extremely

22    surprised when the money was deposited into my Chase

23    account.'  Can you tell me what that -- what you meant

24    by that?"  You see that question?

25         A    Yeah.

Jeffrey  Schwartz                              August 6, 2025

Page 43

1          Q     And you responded, answer, "Well I knew -- I

2     knew that I was -- I was only supposed to get one PPP

3     loan, and then all of a sudden the loan from

4     Fountainhead came through.  I wasn't expecting it

5     because I had already received the loan from Bank of

6     America."  Correct?

7          A     That's correct.

8          Q     I read that right?

9          A     You read that right.

10         Q     And Mr. Schwartz, when you gave that answer,

11    you knew you were under an oath to tell the truth.

12    Correct?

13         A     Yes.

14         Q     Okay.  So on June 8, 2020, that's why you sent

15    that email.  Right?  Because you knew you were only

16    supposed to get one PPP loan.

17         A     Let's put it this way, I -- I didn't remember

18    signing that form, so I did not think that it was

19    illegal, if that's what you're saying.  I didn't think

20    it was anything wrong with doing it.  I figured I was

21    only supposed to getting one.  But again, Lori Grieder,

22    what she indicated to me was that she was going to work

23    with Fountainhead and -- and to get this extra loan

24    either forgiven or -- or were paid for.

25              So I -- I answered that correctly.  But those

Jeffrey  Schwartz                              August 6, 2025

Page 45

1    BY MR. GALLAGHER:

2         Q    Okay.  Welcome back, Mr. Schwartz.  So to be

3    clear, you have not paid back either of your PPP loans.

4    Correct?

5         A    That's correct.

6         Q    All right.  And the Bank of America loan was

7    funded on May 15, 2020.  Right?

8         A    Yes.

9         Q    All right.  I am going to mark this as Exhibit

10   22.  That's where we are.  All right.  Do you recognize

11   that document, Mr. Schwartz?

12                  (Exhibit 22 was marked for

13                   identification.)

14        A    Yes.

15        Q    Okay.  What is it?

16        A    It's from the SBA and is the -- the date of

17   the loan for $505,987.00.

18        Q    And you see at the top it says "note"?

19        A    Yes.

20        Q    Do you understand this to be the promissory

21   note that you signed to receive your Bank of America PPP

22   loan?

23        A    Okay.

24        Q    Do you know what a promissory note is, Mr.

25   Schwartz?

Jeffrey  Schwartz                          August 6, 2025

Page 46

1        A     Yes.

2        Q     Do you know if someone would disperse a loan

3    to you without you signing a promissory note?

4        A     I don't think so.

5                  MR. RODGERS:  Objection, speculation,

6    vague, ambiguous, form of the question.

7                  MR. GALLAGHER:  You can answer again, Mr.

8    Schwarz, to make sure it's on the record.

9                  THE WITNESS:  What was the question

10   again?

11                  MR. GALLAGHER:  Do you think someone

12   would provide you with a loan without you signing a

13   promissory note?

14                  MR. RODGERS:  Same objection.

15                  MR. GALLAGHER:  You can answer.

16                  THE WITNESS:  I don't believe so.

17   BY MR. GALLAGHER:

18       Q     Do you think Bank of America would've given

19   you a PPP loan without you signing a promissory note?

20       A     I don't believe so.

21       Q     Okay.  And do you see the date of this

22   promissory note is May 15, 2020, on the first page, Mr.

23   Schwartz?

24       A     I do.

25       Q     Okay.  And you see that you signed it there on

Jeffrey  Schwartz                              August 6, 2025

Page 47

1    the last page.  Right?

2          A    I do.

3          Q    I am going to mark this as Exhibit 23 -- or

4    sorry -- I apologize, I'm not marking it.  This was

5    already marked as Exhibit 11 in the deposition of Ms.

6    Lori Grieder.  Okay.  Do you recognize this email

7    thread, Mr. Schwartz?

8          A    Yes.

9          Q    Okay.  And you see at the top there there's an

10   email from someone at Commercial Finance Partners?

11         A    Yes.

12         Q    Okay.  And what did you understand was the

13   relationship between Commercial Finance Partners and

14   Fountainhead, if any?

15         A    One and the same.

16         Q    Okay.  Do you see where that first email,

17   where it says, "I just found the issue and resolved it.

18   You have a loan number with us and Fountainhead.

19   Congrats.  You'll receive a request for follow-up

20   documents within a few days, but you've reserved your

21   'slice of the pie.'"  Do you see that?

22         A    I do see that.

23         Q    What did you understand that to mean when you

24   read it?

25         A    I believed that my loan had gone through.

Jeffrey  Schwartz                              August 6, 2025

                                                      Page 48

1          Q    Okay.  And that email was sent on May 8, 2020.

2    Correct?

3          A    Yes.

4          Q    Okay.  And so you had a loan number from

5    Fountainhead as of May 8, 2020.  Right?

6          A    Yes.

7          Q    Okay.  And you did not withdraw your

8    application from Bank of America when you saw this

9    email.  Right?

10         A    Correct.

11         Q    Okay.  I'm now showing you what was already

12   marked as Exhibit 12 during Ms. Grieder's deposition.

13   Let me know when you've had a chance to review it,

14         A    Okay.

15         Q    Okay.  And do you recognize the email thread?

16         A    Yeah.  Yes.

17         Q    So if you look at that last email there, you

18   see there's someone at Fountainhead named Alexa Scher

19   emailing you.  Correct?

20         A    Yes.

21         Q    And do you see where she says,

22   "Congratulations.  Your PPP loan has been approved with

23   the SBA"?

24         A    Yes.

25         Q    And she sent that email to you on May 12,

Jeffrey  Schwartz                                    August 6, 2025

Page 49

1    2020.  Correct?

2          A    Correct.

3          Q    You did not withdraw your application with

4    Bank of America after receiving that email on May 12th.

5    Correct?

6          A    Correct.

7          Q    All right.  And if you go back to the first

8    page there, at the bottom, you see Ms. Scher emails you

9    again?

10         A    Okay.

11         Q    And she was asking you to provide certain

12   documents.  Correct?

13         A    Correct.

14         Q    And those documents were a copy of the back of

15   your driver's license and a closing form with wiring

16   info and email info.  Right?

17         A    Right.

18         Q    So at this point, when you were sending these

19   emails with Ms. Scher, you were in direct contact with

20   Fountainhead about your PPP loan.  Correct?

21         A    Correct.

22         Q    Okay.  And you responded to her with the

23   information she requested on May 14, 2020, in that top

24   email.  Right?

25         A    Correct.

Jeffrey Schwartz                          August 6, 2025

Page 50

1          Q    Okay.  I'd like to mark this as Exhibit 23.
2     Thanks.  Do you recognize this document, Mr. Schwartz?
3                    (Exhibit 23 was marked for
4                     identification.)
5          A    No.
6          Q    Okay.  You see at the top it says "Closing
7     Information Sheet."  Correct?
8          A    Yes.
9          Q    And you see on the second page it says, "Wire
10    Instructions"?
11         A    Yes.
12         Q    And at the top of that there's a logo that
13    says Fountainhead?
14         A    Yes.
15         Q    Do you have any reason to believe this is not
16    the closing information sheet that you sent to Ms.
17    Scher?
18         A    I don't.
19         Q    Okay.  And if we look back at that email
20    thread again, you see there's an attachment that you
21    send at the top -- we're back at the email thread, Mr.
22    Schwartz.
23         A    Exhibit 12 Grieder?
24         Q    Yes, the Grieder Exhibit 12.  There you go.
25    There's an attachment titled Fountainhead Closing Info

Jeffrey  Schwartz                              August 6, 2025

Page 51

1    PPP Loan.pdf.  Right?

2         A    Yes.

3         Q    Okay.  And then in that email you asked Ms.

4    Scher, what is the timeline you should expect on

5    securing the loan and receiving the funds.  Correct?

6         A    Correct.

7         Q    Okay.  And you did not withdraw your

8    application for the Bank of America PPP loan after

9    sending Fountainhead that closing information form with

10   wiring instructions.  Did you?

11        A    No.

12        Q    And after you received the funds from the Bank

13   of America loan on May 15, 2020, you did not reach out

14   to Ms. Scher or anyone at Fountainhead to ask them to

15   withdraw your application.  Correct?

16        A    To withdraw my application from Fountainhead?

17        Q    Correct.

18        A    No.

19        Q    Okay.  I'd like to mark this as Exhibit 24.

20   Do you recognize this document, Mr. Schwartz?

21                   (Exhibit 24 was marked for

22                   identification.)

23        A    No.

24        Q    Okay.  You see the top it says, "Bank of

25   America"?

Jeffrey  Schwartz                              August 6, 2025

Page 53

1    around or on May 19, 2020?

2          A    I have no idea.

3          Q    Okay.  But regardless, it is one of JMG's bank

4    accounts.  Correct?

5          A    Yes.

6          Q    And it looks like a statement from that

7    account?

8          A    Looks like it.

9          Q    All right.  And if we look at the top there

10   under "Deposits and Other Credits," you see one dated

11   May 19, 2020.  Correct?

12         A    Yes.

13         Q    And it says, "Agent Assisted transfer from CHK

14   5424 Confirmation Number 0492715391.  Right?

15         A    Right.

16         Q    And checking account 5424, that's another one

17   of JMG's accounts.  Correct?

18         A    Correct.

19         Q    And if you look to the right there, the amount

20   is $505,987.00.  Right?

21         A    Yes.

22         Q    And that's the same amount of money that the

23   Bank of America PPP loan was for?

24         A    That's correct.

25         Q    So this is you moving the PPP loan money from

Jeffrey  Schwartz                            August 6, 2025

                                         Page 54

1     one of your checking accounts to another one.  Correct?

2          A    That's the payroll account.

3          Q    Okay.  But it is you moving the PPP loan money

4     from one of your accounts to another.  Right?

5          A    To the payroll account, yes.

6          Q    And it says "Agent Assisted Transfer"?

7          A    Yes.

8          Q    So you would've had an agent help you do that.

9     Correct?

10         A    Yes.

11         Q    Okay.  Now after you moved this money on May

12    19, 2020, you did not withdraw your loan application

13    from Fountainhead.  Correct?

14         A    Correct.

15         Q    Okay.  And if we look a bit lower there,

16    "Withdrawals and Other Debits," you'll see there was a

17    transfer to Paychex with an X of $116,781.24.  Correct?

18         A    That's correct.

19         Q    And that was on May 21, 2020?

20         A    It was, yes.

21         Q    And am I correct in that's you paying payroll

22    for your employees at JMG?

23         A    Yes.

24         Q    So on May 21, 2020, you were using the

25    proceeds from the PPP loan you received from Bank of

Jeffrey  Schwartz                                    August 6, 2025

Page 55

1    America to pay your payroll.  Correct?

2         A    Correct.

3         Q    And after you did that on May 21, 2020, you

4    did not withdraw your application from Fountainhead.

5    Correct?

6         A    Correct.

7         Q    Do you remember what day the Fountainhead loan

8    was dispersed to you, Mr. Schwarz?

9         A    No.

10        Q    Okay.  I'd like to mark this as Exhibit 26.

11               THE OFFICER:  Twenty-five.

12               MR. GALLAGHER:  Twenty-five.  I missed

13    it.  Sorry, Rick.

14               MR. RODGERS:  That's all right.  Thank

15    you.

16    BY MR. GALLAGHER:

17        Q    Okay.  Do you recognize this document,

18    Mr. Schwartz?

19               (Exhibit 25 was marked for

20                identification.)

21        A    No.

22        Q    Can you see at the top there it says "Chase"?

23        A    It is, yes.

24        Q    And then a little bit further down again, "JMG

25    Investments, Inc. DBA Harmony Place"?

Jeffrey  Schwartz                         August 6, 2025

Page 56

1          A     Yes.

2          Q     And then on the top right there as an account

3     number?

4          A     Yes.

5          Q     And that's one of the account numbers for JMG

6     Investments.  Correct?  Sorry, I'll rephrase.  That's an

7     account number for one of the bank accounts used by JMG

8     Investments.  Correct?

9          A     I assume.  I don't really know that number,

10    but I -- I assume.  It says, "JMG."

11         Q     Okay.  And it looks like another bank

12    statement.  Right?

13         A     Yep.  Yes.

14         Q     And do you see at the top it says May 1, 2020,

15    through May 29, 2020.  Right?

16         A     Yes, I see that.

17         Q     All right.  And if we go to the second page

18    and you look at the very bottom, there's a deposit on

19    May 22, 2020.  Correct?

20         A     Correct.

21         Q     Okay.  And the description there says,

22    "Fedwire Credit Via: Capital One," and then a little bit

23    further down the line, after some numbers, "Fountainhead

24    Sbf LLC Lake Mary, Florida."  Correct?

25         A     Yes.

Jeffrey  Schwartz                                      August 6, 2025

Page 57

1       Q    And then in the third line of that description

2    on the right, do you see where it says "Ppl Funding"?

3       A    Where is that?

4       Q    If you go down to the third line of that

5    entry, all the way to the right, just before the

6    numbers, it says, "Ppl Funding."

7       A    Okay.

8       Q    And then you'll see the number after it is

9    39482574-00.  Right?

10      A    Yes.

11      Q    Okay.  So this is the money from the

12   Fountainhead loan coming to you.  Correct?

13      A    Correct.

14      Q    And the number after that, or the deposit is

15   for $501,588.00.  Correct?

16      A    Yes.

17      Q    Okay.  And that was one week after the BOA

18   loan came in.  Correct?

19      A    Correct.

20      Q    It was three days after you made the agent

21   assisted transfer we just looked at?

22      A    Yes.

23      Q    And it was the day after you made a payment to

24   Paychex.  Right?

25      A    Yes.

Jeffrey  Schwartz                                    August 6, 2025

                                                        Page 58

1          Q    Okay.  All right.  I'd like to mark this as

2     Exhibit 26.  Thank you.  Okay.  Let me know when you

3     have a chance to review that one, Mr. Schwartz.

4                    (Exhibit 26 was marked for

5                     identification.)

6          A    Okay.

7          Q    All right.  Do you recognize these documents,

8     Mr. Schwartz?

9          A    No.

10         Q    Do you understand that they're closing

11    documents for your loan from the Fountainhead PPP loan?

12         A    Looks like it, yes.

13         Q    Okay.  On the first page there it says

14    Fountainhead.  Right?

15         A    Yes.

16         Q    If you look at the second page, it's titled

17    "Forgiveness Information."  Correct?

18         A    Yes.

19         Q    And it's talking about PPP loans?

20         A    Yes.

21         Q    All right.  And if we turn to the fifth page

22    there, it's a document titled "Consent to Corporate

23    Action."  Let me know when you see that.

24         A    Okay.

25         Q    All right.  It says, "Consent to Corporate

Jeffrey  Schwartz                                    August 6, 2025

Page 59

1    Action by All of the Board of Directors and Shareholders

2    of JMG Investments, Inc., a California Corporation and

3    Waiver of Notice and Meeting Requirements."  Right?

4         A    Yes.

5         Q    Do you know what that is, Mr. Schwartz?

6         A    It's a meeting, a corporate meeting, talking

7    about Fountainhead and the loan.  I imagine it's

8    to -- to -- to be forgiven.

9         Q    Well let's look at the date on the bottom

10   there, Mr. Schwartz.  You see where it says signed on

11   May 22, 2020?

12        A    I do.

13        Q    So this is to receive the loan.  Correct?

14        A    Okay.

15        Q    Is that correct?

16        A    Yes.

17        Q    And do you see in the paragraph starting

18   "Whereas," the second paragraph there?

19        A    "Whereas," yes.

20        Q    You see where it says, "Whereas, Borrower is

21   receiving from Fountainhead SBF LLC ('Lender') a loan in

22   the principle sum of five hundred one thousand five

23   hundred eighty-eight and No/100 Dollars ($501,588.00)

24   'Loan' to be evidenced by and repayable in accordance

25   with the terms of a promissory note of even date

Page 60

 1    herewith in the original principle amount of the loan

 2    'Note.'"  Do you see that?

 3         A    Yes.

 4         Q    And the date this was signed was May 22, 2020.

 5    Right?

 6         A    Yes.

 7         Q    And that's your signature next to it?

 8         A    Yes.

 9         Q    All right.  Then Mr. Schwartz, if you go

10    forward two more pages, do you see the one titled

11    "Certification of Beneficial Owners"?

12         A    Yes.

13         Q    Okay.  And if you look at the bottom again,

14    you signed that document on May 22, 2020?

15         A    Yes.

16         Q    Do you know why you signed that document?

17         A    No.

18         Q    All right.  So if we go back a page -- go back

19    one page, Mr. Schwartz.  Do you see the third question

20    down there, "Who has to complete this form"?

21         A    Yes.

22         Q    And it says, "This form must be completed by

23    any person opening a new account on behalf of a legal

24    entity with any of the following US institutions," and

25    then it lists certain institutions?

Jeffrey  Schwartz                              August 6, 2025

Page 61

```
 1        A    Yes.

 2        Q    So that's what you were doing.  Correct?

 3        A    Yes.

 4        Q    All right.  And then if we go forward a few

 5   pages to the document titled "Closing Information

 6   Sheet."

 7        A    Yes.

 8        Q    Okay.  If you go to the next page, you'll see

 9   you DocuSigned that as well?

10        A    Yes.

11        Q    At the top again is the Fountainhead logo?

12        A    Yes.

13        Q    All right.  And then if we go forward another

14   three pages, there's a page titled "Borrower

15   Certification and Agreement"?

16        A    Yes.

17        Q    At the top again is the Fountainhead logo?

18        A    Yes.

19        Q    And if you look at the first paragraph here,

20   it says, "In order to induce Fountainhead SBF LLC

21   ('Lender') to make a U.S. Small Business Administration

22   ('SBA') guaranteed loan, SBA loan number 39482574-00

23   ('Loan') to JMG Investments, Inc., a California

24   corporation ('Borrower')," and I'll stop right there.

25   Do you see that?
```

Jeffrey  Schwartz                                    August 6, 2025

Page 62

```
 1        A    Yes.
 2        Q    Okay.  And you signed this document on May 22,
 3   2020.  Correct?
 4        A    Yes.
 5        Q    So on May 22, 2020, you signed this document
 6   to induce Fountainhead to provide you with a PPP loan.
 7   Correct?
 8        A    Correct.
 9        Q    All right.  And if we go to the next page, you
10   see there is another promissory note like the Bank of
11   America one we looked at?
12        A    Okay.
13        Q    You see that Mr. Schwartz?
14        A    I see it.
15        Q    And then you see next to "Lender" it says,
16   "Fountainhead SBF LLC"?  At the bottom box there where
17   it says "Lender"?  On the first page.  Yes.  Or on
18   that -- in that page, Mr. Schwartz, which you're on, if
19   you go to the bottom box there in the middle of the
20   page, it says "Lender."
21        A    Yeah.  Lender, Fountainhead.  Yes.
22        Q    Okay.
23        A    Okay.
24        Q    And then if we go to the end of that note,
25   you'll see that you DocuSigned that, as well?
```

Jeffrey  Schwartz                                August 6, 2025

Page 63

1        A    Yes.

2        Q    All right.  And then if we go to the next

3    page, it's a loan agreement?  After that page, Mr.

4    Schwartz.  You see the loan agreement?

5        A    Yes.

6        Q    And at the top there it says, "Between JMG

7    Investments and Fountainhead"?

8        A    Yes.

9        Q    All right.  If you go to the next page, you

10    DocuSigned that one as well.  Correct?

11        A    Correct.

12        Q    Okay.  So you were signing these documents

13    about your Fountainhead PPP loan on May 22, 2020.

14    Correct?

15        A    Correct.

16        Q    All right.  And if you go forward just a few

17    more pages, there's one titled "U.S. Small Business

18    Settlement Sheet"?

19        A    Yes.

20        Q    Okay.  And at the bottom, you can see you

21    again DocuSigned that one on May 22, 2020.  Correct?

22        A    Correct.

23        Q    And I'd like to mark this as Exhibit 27.

24    Thank you.  Mr. Schwartz, have you ever seen this

25    before?

Jeffrey  Schwartz                                    August 6, 2025

Page 64

1     //

2                    (Exhibit 27 was marked for

3                    identification.)

4          A    Don't remember seeing this before.

5          Q    Okay.  So in the top right, you see where it

6     says "DocuSign Secured"?

7          A    Yes.

8          Q    And then the line below that says "Certificate

9     of Completion"?

10         A    Yes.

11         Q    All right.  And then you see there it says

12    "Envelope ID" at the top left?

13         A    Yes.

14         Q    And if you look at that Envelope ID, that's

15    the same Envelope ID that appears on top of the

16    Fountainhead closing documents we just looked, Exhibit

17    26.  Right?

18         A    Okay.  I believe you.

19         Q    Well at the top left, Mr. Schwartz, do you see

20    that?

21         A    Here?

22         Q    On the top left of Exhibit 26.  Those.

23         A    Yes.

24         Q    Okay.  And you see just below the Envelope ID

25    of Exhibit 27, it says, "Subject, Cares Act Closing

Jeffrey  Schwartz                                    August 6, 2025

Page 65

1      Documents, JMG Investments."  Right?

2           A    Where is that?

3           Q    Just below Envelope ID.

4           A    Yes.

5           Q    All right.  And if you see the section there,

6      it says "Signer Events."  Do you see that?  It's

7      about -- it's the third section, it looks like.

8           A    Yes, "Signer Events."

9           Q    Okay.  And do you see your DocuSign signature

10     there?

11          A    I do.

12          Q    And if you look at the timestamp on the right,

13     do you see it says, "Sent May 19, 2020"?

14          A    Yes.

15          Q    And then it says "Resent" a few times, and

16     then "Viewed," and it says, "Viewed on May 22, 2020"?

17          A    Yes.

18          Q    And it says "Signed May 22, 2020."  Correct?

19          A    Twenty -- 22 -- 2020.

20          Q    It says, "Signed May 22, 2020."  Correct?

21          A    Yes, correct.

22          Q    Okay.  All right.  So Mr. Schwartz, let's move

23     on from the application process and talk about what

24     happened after you received both PPP loans.  Mr.

25     Schwartz, you know what it means to seek forgiveness on

Jeffrey  Schwartz                                    August 6, 2025

Page 66

1      a PPP loan.  Right?

2           A    Yes.

3           Q    Do you understand that means you would not

4      have to pay back a PPP loan?

5           A    Yes.

6           Q    And you applied for forgiveness on both the

7      Bank of America and Fountainhead loans.  Correct?

8           A    Yes.

9           Q    And you know the BA Bank of America loan was

10     forgiven.  Right?

11          A    Yes.

12          Q    Okay.  I'll mark this as Exhibit 28.  Thank

13     you.  Okay.  Let me know when you have a chance to look

14     at that, Mr. Schwartz.

15                    (Exhibit 28 was marked for

16                    identification.)

17          A    Okay.

18          Q    Do you recognize this document?

19          A    No.

20          Q    Okay.  We see the top of the first page, it

21     says "Bank of America"?

22          A    Yes.

23          Q    And then below that it says "Paycheck

24     Protection Program Loan Forgiveness Application (SBA

25     Form 3508)"?

Jeffrey  Schwartz                                   August 6, 2025

Page 68

1    working on behalf of JMG Investments, Inc.  Correct?

2        A    That's correct.

3        Q    All right.  If you go back to the second page,

4    do you see this section titled "Employees" at the

5    bottom?

6        A    Yes.

7        Q    And it says 60 employees at the time of the

8    borrower's PPP loan application.  Correct?

9        A    Yes.

10       Q    And after submitting this application, you

11   ultimately received forgiveness on the Bank of America

12   loan on or around February of 2021.  Right?

13       A    Right, yes.

14       Q    Okay.  And so you knew this loan had been

15   forgiven in February of 2021?

16       A    Yes.

17       Q    All right.  Okay.  I'd like to mark this as

18   Exhibit 29.  Thank you.  All right.  Let me know when

19   you have a chance to review that, Mr. Schwartz.

20                  (Exhibit 29 was marked for

21                  identification.)

22       A    Okay.

23       Q    Okay.  Do you recognize this document?

24       A    No.

25       Q    You see at the top of the first page it says

Jeffrey  Schwartz                          August 6, 2025

Page 73

1    America loan on May 15, 2020.  Correct?

2         A    Yes.

3         Q    And that's the covered period start date?

4         A    Yes.

5         Q    And you received your Fountainhead loan on May

6    22, 2020.  Correct?

7         A    Yes.

8         Q    And that's the covered period start date?

9         A    Yes.

10        Q    And they both run 24 weeks?

11        A    Okay.

12        Q    So the covered periods are exactly one week

13   off.  Correct?

14        A    Yes.

15        Q    So they're based on the start date -- the

16   start date is based on when you received the loan.

17   Correct?

18        A    Yes.

19        Q    And you still received both of these loans in

20   2020.  Correct?

21        A    Correct.

22        Q    Okay.  All right.  I am showing you what's

23   already been marked as Exhibit 8 in the deposition of

24   Ms. Grieder.  Do you recognize this email thread, Mr.

25   Schwartz?

Jeffrey  Schwartz                           August 6, 2025

Page 74

1          A     Yeah.  I don't recognize it, but it -- it

2    looks like an email.

3          Q     That's your email account.  Correct?

4          A     Yes.

5          Q     Okay.  And if you look at that third email on

6    the first page, it starts with "Fountainhead told me."

7    Do you see that?

8          A     Yes.

9          Q     And you sent that email on April 20, 2022.

10   Correct?

11         A     Yes.

12         Q     And it says, "Fountainhead told me that they

13   can only accept one PPP per year from any account, so

14   they're rejecting the forgiveness on that loan, but will

15   give me five years to pay it back."  Correct?

16         A     Correct.

17         Q     So you were told by Fountainhead by April 20,

18   2022, that they would not forgive the loan but you could

19   pay it back instead.  Correct?

20         A     That's what it says.  Yes, correct.

21         Q     And you did not attempt to pay back the loan

22   to Fountainhead after that point.  Correct?

23         A     I was never given a bill.

24         Q     Okay.  So you've never made a payment to

25   Fountainhead on that loan.  Correct?

Jeffrey Schwartz                                    August 6, 2025

Page 75

1          A     No.  I would've been happy to pay them back if

2     they sent me a bill.

3          Q     Okay.  I guess to make that clear,

4     Mr. Schwartz, you have not paid back any of that PPP

5     loan to Fountainhead.  Correct?

6          A     That's correct.

7          Q     Okay.  Now you were also made aware that

8     Fountainhead charged off the duplicate PPP loan to the

9     Small Business Administration.  Right?

10         A     Correct.

11         Q     All right.  I'd like to mark this as Exhibit

12    30.  Yeah.

13                    (Exhibit 30 was marked for

14                    identification.)

15                    MR. RODGERS:  What was the exhibit?  The

16    one you just handed me with that email?

17                    MR. GALLAGHER:  That was Exhibit 8,

18    already from Grieder.

19                    MR. RODGERS:  Okay.

20                    MR. GALLAGHER:  Yeah.

21    BY MR. GALLAGHER:

22         Q     All right.  Mr. Schwartz, do you recognize

23    this document, Exhibit 30?

24         A     Yes.

25         Q     Okay.  If we go to the very last page there,

Jeffrey  Schwartz                                    August 6, 2025

Page  77

1          A    Certification --

2          Q    "Borrower Certification and Agreement."  I

3     believe it's further than that.

4          A    There it is.

5          Q    There it is.  All right.  You see where it

6     says, "Borrower certifies that," and then there's three

7     certifications?

8          A    Yes.

9          Q    Okay.  So that first certification, you see

10    where it reads, "Borrower acknowledges that if the

11    Borrower defaults on the loan, SBA may be required to

12    pay lender under the SBA guarantee and SBA may then seek

13    recovery on the loan (to the extent any balance remains

14    after loan forgiveness)."  You see that?

15         A    Okay.

16         Q    Okay.  So you knew that if you defaulted on

17    the loan payments to Fountainhead, then the Small

18    Business Administration may be required to pay

19    Fountainhead the loan funds.  Right?

20         A    Correct.

21         Q    And you knew that if Fountainhead charged off

22    that loan, you would then have an obligation to repay

23    those loan funds to the government.  Correct?

24         A    Correct.

25         Q    So you would agree then that when you were

Jeffrey  Schwartz                              August 6, 2025

Page 86

1    you to confirm that JMG Investments obtained two PPP

2    loans in 2020.  Correct?  It says, "I see that JMG

3    Investments, Inc. obtained a PPP loan through," and then

4    lists the bank --

5          A    Yeah.  "Please confirm that you received two

6    loans for the business in 2020."

7          Q    Okay.  Now Mr. Schwartz, did you ever attempt

8    to apply for forgiveness on the Fountainhead PPP loan

9    before July 19, 2021?

10         A    I don't remember.

11         Q    Okay.  I'd like to mark this as Exhibit 32.

12   Do you recognize this email thread, Mr. Schwartz?

13                   (Exhibit 32 was marked for

14                    identification.)

15         A    No.

16         Q    Okay.  Well it's, you see, it's an email from

17   Ms. Grieder to you.  Correct?

18         A    Yes.

19         Q    And she's passing on a message from

20   Fountainhead?

21         A    Yes.

22         Q    All right.  And that message is "I sincerely

23   apologize for the delay.  Our team of forgiveness

24   specialists is currently working on verifying your

25   application.  Once verified, a loan officer will review

Jeffrey  Schwartz                              August 6, 2025

Page 87

1    for compliance.  If everything is correct, the loan

2    officer will send you a digital copy of the application

3    that you will sign via DocuSign.  Our team will reach

4    out if any additional information is necessary."  You

5    see that?

6            A    Yes.

7            Q    And that email was sent on May 6, 2021.

8    Correct?

9            A    Yes.

10           Q    So that's before the date of the application

11   that we looked at, July 19, 2021.  Correct?

12           A    Yes.

13           Q    So you applied for forgiveness on the

14   Fountainhead loan before July 19th.,  Correct?

15           A    Yes.

16           Q    Okay.  I'd like to mark this as Exhibit 33.

17   There we go.  All right.  Do you recognize that email,

18   Mr. Schwartz?

19                    (Exhibit 33 was marked for

20                     identification.)

21       A    No, no.

22           Q    Okay.  But that's your email at the top.

23   Right?

24           A    Yes.

25           Q    And that's you sending an email to Lori

Jeffrey  Schwartz                                August 6, 2025

Page 89

```
 1   BY MR. GALLAGHER:

 2       Q    But Fountainhead did deny your initial

 3   forgiveness application.  Correct?

 4       A    I don't -- I don't -- I don't know that answer

 5   to that question.

 6       Q    Well you had to apply in July.  Correct?

 7       A    I don't remember.

 8       Q    We just looked at an application you submitted

 9   to Fountainhead in July.  Correct?  Of 2021?

10       A    "Would you be so kind as to checking the

11   Fountainhead on the PPP loan forgiveness for JMG

12   Investments?  It'll be going on a year now."  I don't

13   know.  I -- I don't -- I don't know that.

14       Q    Well we just looked at an application from

15   Fountainhead that you submitted for forgiveness on July

16   19, 2021.  Correct?  It was Exhibit 29, if you need to

17   look at it again.

18       A    PPP loan forgiveness.  Okay.  Seven -- yeah,

19   that was July 19th.  Okay.

20       Q    Okay.  And those two emails we just looked at

21   were from below before July 19, 2021.  Correct?

22       A    Correct.

23       Q    So you had an outstanding application for

24   forgiveness before July 19, 2021, with Fountainhead.

25   Correct?
```

Jeffrey  Schwartz                              August 6, 2025

Page 90

1          A     Correct.

2          Q     And you had to reapply on July 19, 2021.

3     Correct?

4          A     Correct.

5          Q     So do you know why Fountainhead denied your

6     initial application for forgiveness?

7          A     I'm not -- I haven't a clue.  No.

8                    MR. GALLAGHER:  I think we're at a good

9     breaking point, and I don't think I have much left,

10    Rick.  I might have a few more questions after, but --

11                   MR. RODGERS:  Okay.

12                   MR. GALLAGHER:  So we can go off the

13    record.

14                   MR. RODGERS:  I'm going to jump into --

15                   THE VIDEOGRAPHER:  The time is 12:41.

16    We're going off record.

17                   (Off the record.)

18                   THE VIDEOGRAPHER:  The time is 12:47, and

19    we're back on the record.

20                   MR. GALLAGHER:  All right, Mr. Schwartz,

21    I don't have any more answers for you at this time,

22    though I may have some after your attorney's --

23                   MR. RODGERS:  Questions.

24                   MR. GALLAGHER:  -- done asking you some

25    questions.

Jeffrey Schwartz                              August 6, 2025

Page 93

1              CERTIFICATE OF DEPOSITION OFFICER

2              I, ANGELINA KING, the officer before whom the

3    foregoing proceedings were taken, do hereby certify that

4    any witness(es) in the foregoing proceedings, prior to

5    testifying, were duly sworn; that the proceedings were

6    recorded by me and thereafter reduced to typewriting by

7    a qualified transcriptionist; that said digital audio

8    recording of said proceedings are a true and accurate

9    record to the best of my knowledge, skills, and ability;

10   that I am neither counsel for, related to, nor employed

11   by any of the parties to the action in which this was

12   taken; and, further, that I am not a relative or

13   employee of any counsel or attorney employed by the

14   parties hereto, nor financially or otherwise interested

15   in the outcome of this action.

16

17                                   ANGELINA KING

18                          Notary Public in and for the

19                                   State of California

20

21   [X] Review of the transcript was requested.

22

23

24

25

Jeffrey Schwartz                                August 6, 2025

Page 94

1                    CERTIFICATE OF TRANSCRIBER

2           I, JOHN WHISENHUNT, do hereby certify that

3    this transcript was prepared from the digital audio

4    recording of the foregoing proceeding, that said

5    transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; that I am neither counsel for, related to, nor

8    employed by any of the parties to the action in which

9    this was taken; and, further, that I am not a relative

10   or employee of any counsel or attorney employed by the

11   parties hereto, nor financially or otherwise interested

12   in the outcome of this action.

13

14

15                                    JOHN WHISENHUNT

16

17

18

19

20

21

22

23

24

25

Jeffrey  Schwartz                                    August 6, 2025

Page 95

1   Rick Rogers, Esq.

2   rar@lawsdr.com

3                        August 21, 2025

4   RE: United States Of America, Ex Rel. Bryan Quesenberry v. JMG

5       8/6/2025, Jeffrey  Schwartz (#7449664)

6        The above-referenced transcript is available for

7   review.

8        Within the applicable timeframe, the witness should

9   read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   (Erratas-CS@veritext.com).

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                   Yours,

23                   Veritext Legal Solutions

24

25

Jeffrey  Schwartz                                    August 6, 2025

Page 96

1    United States Of America, Ex Rel. Bryan Quesenberry v. JMG

2    Jeffrey  Schwartz (#7449664)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Jeffrey  Schwartz                            Date

25

Jeffrey  Schwartz                              August 6, 2025

Page 97

1    United States Of America, Ex Rel. Bryan Quesenberry v. JMG

2    Jeffrey  Schwartz (#7449664)

3                ACKNOWLEDGEMENT OF DEPONENT

4        I, Jeffrey  Schwartz, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Jeffrey  Schwartz                         Date

13   *If notary is required

14                   SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                   _____ DAY OF _____, 20____.

16

17

18                   _____

19                   NOTARY PUBLIC

20

21

22

23

24

25

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.