JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, *ex rel.* BRYAN QUESENBERRY,<br><br>        Plaintiff,<br><br>        v.<br><br>JMG    INVESTMENTS,    INC.,   and JEFFREY SCHWARTZ,<br><br>        Defendants. | Case No. CV 20-08497-MWF (ASx)<br><br>Hon. Michael W. Fitzgerald<br><br><br>**JUDGMENT** |

On January 14, 2026, the Court **GRANTED** Plaintiff's Motion for Summary Judgment on all claims against Defendants JMG Investments, Inc., and Jeffrey Schwartz.

Good cause having been shown and pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Plaintiff United States *ex rel.* Bryan Quesenberry and against Defendants JMG Investments, Inc., and Jeffrey Schwartz on all claims.

2. Pursuant to 31 U.S.C. § 3729(a)(1), Plaintiff is awarded $501,588 in damages trebled to a total amount of **$1,550,986.38**.

3. Pursuant to 31 U.S.C. § 3729(a)(1) and 28 C.F.R. § 85.5, Plaintiff is awarded **$14,308** in civil penalties.

4. Plaintiff shall recover its costs as provided by law.

Dated: January 14, 2026

_____

MICHAEL W. FITZGERALD
United States District Judge